THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS (SBN 194576)
Assistant United States Attorney
Chief, Santa Ana Office
ANDREW STOLPER (SBN 205462)
Assistant United States Attorney
    411 West Fourth Street, 8th Floor
    Santa Ana, CA  92701-4599
    Telephone:  (714) 338-3593
    Facsimile:  (714) 338-3708
    Robb.Adkins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>HENRY T. NICHOLAS, III,<br>and WILLIAM J. RUEHLE,<br><br>        Defendants. | No. SA CR 08-139-CJC<br><br>**[proposed] CASE MANAGEMENT ORDER** |

The Case Management Schedule in this matter shall be as follows:

| DATE | EVENT |
|---|---|
| 08/04/08 | Government's disclosure of Rule 16 materials requested by the defendants, <u>Brady</u> materials, and preliminary Jencks Act materials (including SEC testimony and materials from the internal investigation). |
| 10/20/08 | Motions other than those related to discovery (which may be filed at any time as necessary) and motions in limine. This includes severance motions. |
| 11/10/08 | Opposition briefs |

| | |
|---|---|
| 11/24/08 | Reply briefs |
| 12/12/08 | Proposed voir dire and jury questionnaire |
| 01/07/09 | Status conference |
| 02/17/09 (seven weeks before trial) | Government's disclosure of remaining Jencks Act materials (grand jury testimony and FBI 302s) Defendants disclosure of Rule 16(b)(1) and Rule 26.2 materials. |
| 02/23/09 | Motions in limine |
| 03/09/09 | Opposition briefs |
| 03/16/09 | Reply briefs |
| 03/23/09 (two weeks before trial) | Final pretrial conference, hearing on motions in limine, proposed jury instructions, government exhibit list and witness list, defendant's exhibit list and witness list. |
| 04/07/09 | Trial |

IT IS SO ORDERED.

_____                _____
DATE                                  THE HONORABLE CORMAC J. CARNEY
                                      UNITED STATES DISTRICT JUDGE

Presented by:

 /S/ Robb C. Adkins
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Office

2