1  THOMAS P. O'BRIEN
   United States Attorney
2  ROBB C. ADKINS (SBN 194576)
   Assistant United States Attorney
3  Chief, Santa Ana Office
   ANDREW STOLPER (SBN 205462)
4  Assistant United States Attorney
        411 West Fourth Street, 8th Floor
5       Santa Ana, CA  92701-4599
        Telephone:  (714) 338-3593
6       Facsimile:  (714) 338-3708
        Robb.Adkins@usdoj.gov
7
   Attorneys for Plaintiff
8  UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

                         SOUTHERN DIVISION

   UNITED STATES OF AMERICA,    ) No. SA CR 08-139-CJC
                                )
              Plaintiff,        ) **TABLE OF CONTENTS AND TABLE OF**
                                ) **AUTHORITIES FOR GOVERNMENT'S**
              v.                ) **OPPOSITION TO DEFENDANT NICHOLAS'S**
                                ) **MOTION FOR EVIDENTIARY HEARING**
   HENRY T. NICHOLAS, III,      ) **REGARDING AUSA ANDREW STOLPER'S**
   and WILLIAM J. RUEHLE,       ) **POTENTIAL CONFLICT OF INTEREST**
                                )
              Defendants.       ) Date:    September 15, 2008
                                ) Time:    11:00 a.m.
                                ) Place:   Courtroom 9B
   _____ )

**TABLE OF CONTENTS**

DESCRIPTION                                                          PAGE

TABLE OF AUTHORITIES ............................................... ii

MEMORANDUM OF POINTS AND AUTHORITIES ............................... 2

I.   INTRODUCTION .................................................. 2

II.  STATEMENT OF FACTS ............................................ 5

     A.   <u>Background</u> ........................................... 5

     B.   <u>Facts Alleged in Defendant's Motion</u> ................. 8

          1.   Matters Pre-Dating AUSA Stolper's Irell
               Employment ......................................... 9

          2.   Matters Post-Dating AUSA Stolper's Irell
               Employment ........................................ 10

          3.   Matters Occurring During AUSA Stolper's Irell
               Employment ........................................ 11

     C.   <u>Defendant Has Known of AUSA Stolper's Irell
          Connection For More Than A Year</u> ..................... 13

III. ARGUMENT ..................................................... 14

     A.   <u>Defendant Has Waived His Disqualification Arguments</u>  14

     B.   <u>There Is No Basis For Disqualification</u> ............. 20

          1.   Defendant Nicholas Has Not Shown That Irell
               Possessed Any Confidential Information Regarding
               Nicholas While AUSA Stolper Worked There ...... 22

          *2.*  AUSA Stolper Had No Access to Nicholas's
               Confidential Information ...................... 24

     C.   <u>"Appearance of Impropriety" Is Not A Valid Basis For
          Disqualification and, in Any Event, There Is No Such
          Appearance in this Case</u> ............................ 30

IV.  CONCLUSION ................................................. 39

**TABLE OF AUTHORITIES**

DESCRIPTION                                                                PAGE

CASES:

Central Milk Producers Co-op. v. Sentry Food Stores, Inc.,
    573 F.2d 992 (8th Cir. 1978) .................. 15, 17, 18

Cox v. American Cast Iron Pipe Co., ,
    847 F.2d 725 (11th Cir. 1988) ..................... 15, 17

Dieter v. Regents of the University of Cal.,
    963 F. Supp. 908 (E.D. Cal. 1997) .............. 21, 26, 28

Edwards v. 360 Communications,
    189 F.R.D. 433 (D. Nev. 1999) ......................... 31

Employers Insurance of Wausau v. Albert D. Seeno Const. Co.,
    692 F. Supp. 1150 (N.D. Cal. 1988) .................... 18

FTC v. America National Cellular,
    868 F.2d 315 (9th Cir. 1989) .......................... 34

Gas-A-Tron v. Union Oil Co.,
    534 F.2d 1322 (9th Cir. 1976) ......................... 34

Glover v. Libman,
    578 F. Supp. 748 (N.D. Ga. 1983) ...................... 16

In re Yarn Processing Patent Validity Litigation,
    530 F.2d 83 (5th Cir. 1976) ............................ 3

In re Grand Jury Empaneled January 21, 1975,
    536 F.2d 1009 (3d Cir. 1976) .......................... 17

Matter of Grand Jury Investigation of Targets,
    918 F. Supp. 1374 (S.D. Cal. 1996) .................... 32

Milone v. English,
    306 F.2d 814 (D.C. Cir. 1962) ................. 15, 17, 18

Paul E. Iacono Structural Engineer, Inc. v. Humphrey,
    722 F.2d 435 (9th Cir. 1983) ...................... 17, 20

Redd v. Shell Oil Co.,
    518 F.2d 311 (10th Cir. 1975) ......................... 15

San Gabriel Basin Water Quality Authority v. Aerojet-General Corp.,
    105 F. Supp. 2d 1095 (C.D. Cal. 2000) ............. 24, 27

**TABLE OF AUTHORITIES (CONTINUED)**

DESCRIPTION                                                              PAGE

CASES (CONTINUED):

Telectronics Proprietary, Ltd. v. Medtronic, Inc.,
    836 F.2d 1332 (Fed. Cir. 1988) ........................ 32

Trust Corp. of Montana v. Piper Aircraft Co.,
    701 F.2d 85 (9th Cir. 1983) ........................ passim

United States ex rel. SEC v. Carter,
    907 F.2d 484 (5th Cir. 1990) ........................... 34

United States v. Kenney,
    911 F.2d 315 (9th Cir. 1990) ........................... 34

United States v. Ketner,
    370 F. Supp. 2d 1045 (C.D. Cal. 2005) ............. passim

United States v. Schell,
    775 F.2d 559 (4th Cir. 1985) ....................... 35, 36

United States v. System Planning Corp.,
    No. CR-N-91-102-HDM (D. Nev. Aug. 18, 1992) ............ 31

Young v. United States ex rel. Vuitton et Fils S.A.,
    481 U.S. 787 (1987) .................................... 34

STATE CASES:

Adams v. Aerojet-General Corporation,
    86 Cal.App.4th 1324 (Cal. App. 3rd Dist. 2001) ..... passim

Bergeron v. Mackler,
    225 Conn. 391, 623 A.2d 489 (1993) .................... 32

City National Bank v. Adams,
    96 Cal. App. 4th 315 ................................... 19

Goldberg v. Warner/Chappell Music, Inc.,
    23 Cal.Rptr.3d 116 (Cal. App. 2nd Dist. 2005) .......... 22

H. F. Ahmanson & Co. v. Salomon Brothers, Inc.,
    229 Cal.App.3d 1445, 280 Cal.Rptr. 614 (1991) .. 19, 24, 25

Jessen v. Hartford Casualty Insurance Co.,
    3 Cal.Rptr.3d 877 (Cal. App. 5th Dist. 2003) ... 22, 23, 26

Jessen v. Hartford Casualty Insurance Co.,
    111 Cal.App.4th 698 (Cal. Ct. App. 2003) ............... 3

**TABLE OF AUTHORITIES**

DESCRIPTION                                                              PAGE

Jones v. Jones,
    258 Ga. 353, 369 S.E.2d 478 (1988) .................... 32

Margulies by Margulies v. Upchurch,
    696 P.2d 1195 (Utah 1985) ............................. 32

River West, Inc. v. Nickel,
    188 Cal. App. 3d 1297 (Cal. Ct. App. 1987) ............ 18

State v. Dimaplas,
    267 Kan. 65, 978 P.2d 891 (1999) ...................... 32

White v. Superior Court,
    98 Cal.App.3d 51 (Cal. Ct. App. 1979) ............. passim

STATUTES:

28 U.S.C. § 528 ........................................... 34

REGULATIONS:

28 C.F.R. s 45.2(d) ....................................... 34

MISCELLANEOUS:

ABA Model Rule 1.6 ........................................ 21

ABA Model Rule 1.9 ................................ 21, 30, 32

Cal. Code Civ. Proc. § 2023(a)(3) ......................... 39

C.D. Cal. Local Rule 83-3.1.2 ......................... 20, 31

Rules of Professional Conduct of the State Bar of
California Rule 3-310(E) .............................. 20, 29