Brendan V. Sullivan, Jr. (*pro hac vice*)
bsullivan@wc.com
Gregory B. Craig (*pro hac vice*)
gcraig@wc.com
Barry S. Simon (*pro hac vice*)
bsimon@wc.com
Kevin M. Downey (*pro hac vice*)
kdowney@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 434-5140
Facsimile:    (202) 434-5029

James D. Riddet (Bar No. 39826)
JRiddet@stokkeriddet.com
STOKKE & RIDDET
3 MacArthur Place, Suite 750
Santa Ana, CA 92707-5903
Telephone: (714) 662-2400
Facsimile: (714) 662-2444

Attorneys for Dr. Henry T. Nicholas, III

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY T. NICHOLAS, III, et al.,<br><br>Defendants. | CASE NO.  SA CR 08-00139 CJC<br><br>NOTICE OF MOTION AND UNOPPOSED MOTION OF HENRY T. NICHOLAS, III FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR EVIDENTIARY HEARING REGARDING AUSA STOLPER'S POTENTIAL CONFLICT OF INTEREST; and NEW HEARING DATE |

1  Dr. Henry T. Nicholas, III, through undersigned counsel, respectfully moves this Court for an extension of time to reply to the Government's Opposition to Dr. Nicholas' Motion for Evidentiary Hearing Regarding Andrew Stolper's Potential Conflict of Interest.  Dr. Nicholas requests until September 15, 2008 to file his reply, and further moves that the hearing on his Motion for Evidentiary Hearing Regarding Andrew Stolper's Potential Conflict of Interest now be held on September 22, 2008, at 1:30 p.m.  The government does not oppose Dr. Nicholas' Motion for Extension of Time, nor his request for a new hearing date.

DATED:  September 5, 2008

Respectfully submitted,

WILLIAMS & CONNOLLY LLP
Brendan V. Sullivan, Jr.
Gregory B. Craig
Barry S. Simon
Kevin M. Downey

STOKKE & RIDDET
James D. Riddet

BY:  _____/s/_____
     Barry S. Simon

Attorneys for Dr. Henry T. Nicholas, III

DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME AND NEW HEARING DATE    1    SA CR 08-00139 CJC

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Robb C. Adkins
>United States Attorney's Office
>411 West Fourth Street, 8th Floor
>Santa Ana, California 92701
>*Assistant United States Attorney*
>
>Richard Marmaro
>Skadden, Arps, Slate, Meagher & Flom LLP
>300 South Grand Avenue, Suite 3400
>Los Angeles, California 90071-3144
>*Attorney for Defendant William J. Ruehle*

>            /s/
>        Negar Tekeei