# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.  SACR 08-00139-CJC                                    Date  September 22, 2008

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter  None

| S. Mikhail for Michelle Urie | Maria Dellaneve | Robb Christopher Adkins<br>Andrew D. Stolper |
|---|---|---|
| *Deputy Clerk* | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Henry T. Nicholas, III | X | | X | Barry Simon | X | | X |
| | | | | Kevin Downey | X | | X |
| | | | | James D. Riddet | X | | X |
| William J. Ruehle | X | | X | Dolly K. Hansen | X | | X |

**Proceedings:**  DEFENDANT'S MOTION REGARDING ASSISTANT U.S. ATTORNEY ANDREW STOLPER'S POTENTIAL CONFLICT OF INTEREST (Fld 8/19/08)

Cause called. Hearing held. Court inquires. Counsel argue. Government counsel is directed to file a declaration in response to this motion no later than September 29, 2008. Counsel are further directed to meet and confer regarding the specific matters to be detailed in the declaration. Court's tentative ruling is to DENY the motion, pending its review of the declaration to be filed, based on the reasons stated in the record.

                                                                          1  :  10

Initials of Deputy Clerk   sdm