RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
MATTHEW E. SLOAN (Bar No. 165165)
masloan@skadden.com
MATTHEW D. UMHOFER (Bar No. 206607)
mumhofer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant William J. Ruehle

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. SACR 08-139-CJC |
| Plaintiff, | **DECLARATION OF RICHARD MARMARO IN SUPPORT OF WILLIAM J. RUEHLE'S MOTION TO DISMISS COUNT ONE OF THE INDICTMENT** |
| vs. | |
| HENRY T. NICHOLAS III AND WILLIAM J. RUEHLE, | |
| Defendants. | |
| | Judge: The Honorable Cormac J. Carney |
| | Hearing Date: December 8, 2008<br>Hearing Time: 9:00 a.m. |

**MARMARO DECLARATION IN SUPPORT OF WILLIAM J. RUEHLE'S MOTION TO DISMISS COUNT ONE OF THE INDICTMENT; No. SACR 08-139-CJC**

# DECLARATION OF RICHARD MARMARO

1. I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for defendant William J. Ruehle in the above-captioned matter. I submit this declaration in support of William J. Ruehle's Motion To Dismiss Count One of the Indictment under Rule 12(b)(3)(B) of the Federal Rules of Criminal Procedure.

2. Attached hereto as Exhibit 1 is a true and correct copy of the September 29, 2008 letter from Andrew Stolper to Richard Marmaro.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 20th day of October 2008, at Los Angeles, California.

By: /s/ Richard Marmaro
RICHARD MARMARO

---

**MARMARO DECLARATION IN SUPPORT OF WILLIAM J. RUEHLE'S MOTION TO DISMISS COUNT ONE OF THE INDICTMENT; No. SACR 08-139-CJC**

1

## PROOF OF SERVICE

I hereby certify, that I caused the foregoing to be filed with the Clerk of the Court by using the ECF system which sent notification of the filing to the following:

> Brendan V. Sullivan Jr.
> WILLIAMS & CONNOLLY LLP
> 725 Twelfth St., N.W., Washington, D.C. 20005
>
> Robb C. Adkins
> UNITED STATES ATTORNEY'S OFFICE
> 411 W. Fourth St, 8th Flr, Santa Ana, CA  92701

By: _____/s/ Richard Marmaro_____
RICHARD MARMARO

---

**MARMARO DECLARATION IN SUPPORT OF WILLIAM J. RUEHLE'S MOTION TO DISMISS COUNT ONE OF THE INDICTMENT; No. SACR 08-139-CJC**

1