RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
MATTHEW E. SLOAN (Bar No. 165165)
masloan@skadden.com
MATTHEW D. UMHOFER (Bar No. 206607)
mumhofer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant William J. Ruehle

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY T. NICHOLAS III AND WILLIAM J. RUEHLE,<br><br>Defendants. | CASE NO. SACR 08-139-CJC<br><br>**DECLARATION OF RICHARD MARMARO IN SUPPORT OF WILLIAM J. RUEHLE'S MOTION TO DISMISS INDICTMENT BASED ON PROSECUTORIAL MISCONDUCT AND REQUEST FOR EVIDENTIARY HEARING**<br><br>Judge: The Honorable Cormac J. Carney<br><br>Hearing Date: December 8, 2008<br>Hearing Time: 9:00 a.m. |

# DECLARATION OF RICHARD MARMARO

1. I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for defendant William J. Ruehle in the above-captioned matter. I submit this declaration in support of William J. Ruehle's Motion to Dismiss Indictment Based On Prosecutorial Misconduct and Request for Evidentiary Hearing.

2. On August 11, 2008, I had a telephone conversation with Michael Hawkins, the General Counsel of QLogic. During that conversation, I learned the following facts from Mr. Hawkins:

   a. At some point during Nancy Tullos's employment with QLogic, he received a telephone call from Assistant United States Attorney Andrew Stolper.

   b. Mr. Stolper indicated that he intended to issue a subpoena to QLogic for Ms. Tullos's personnel records.

   c. Mr. Stolper raised an issue about QLogic's reporting obligations upon receiving a subpoena relating to one of its employees. Mr. Hawkins recalled Mr. Stolper stating something to the following effect: "Of course, you have to be sensitive to whatever reporting obligations there may be upon receiving a subpoena."

   d. Mr. Hawkins said that Mr. Stolper's statement caused him great anxiety. Mr. Hawkins said he "wanted to make sure her problem did not become a QLogic problem."

   e. Mr. Hawkins spoke to Ms. Tullos about his conversation with Mr. Stolper. Ms. Tullos was quite agitated and irritated that the government prosecutor had called her employer.

MARMARO DECLARATION IN SUPPORT OF MOTION TO DISMISS INDICTMENT BASED ON PROSECUTORIAL MISCONDUCT AND REQUEST FOR EVIDENTIARY HEARING; No. SACR 08-139-CJC

1

   f. Mr. Hawkins declined to state the circumstances under which Ms. Tullos left QLogic, other than to imply that her departure took place soon after the call from Mr. Stolper.

   g. Mr. Hawkins referred me to outside counsel who declined to confirm or elaborate on any of the facts provided by Mr. Hawkins.

  3. Attached hereto as Exhibit 1 is a true and correct copy of Charles Forelle & James Bandler, <u>The Perfect Payday</u>, Wall St. J., Mar. 18, 2006.

  4. Attached hereto as Exhibit 2 is a true and correct copy of Stephanie Saul, <u>Study Finds Backdating of Options Widespread</u>, N.Y. Times, July 17, 2006.

  5. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of the Glass Lewis report of March 2007.

  6. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of Broadcom Corporation's Form 10K/A filed on January 23, 2007.

  7. Attached hereto as Exhibit 5 is a true and correct copy of February 23, 2007 letter from Brian J. Hennigan to George S. Cardona attaching E. Scott Reckard; <u>Broadcom leader said to resist probe</u>, L.A. Times, Feb. 16, 2007 and James Bandler & Charles Forelle, <u>Probes of Backdating Move to Faster Track</u>, Wall St. J., Feb. 16, 2007.

  8. Attached hereto as Exhibit 6 is a true and correct copy of James Bandler & Charles Forelle, <u>Probes of Backdating Move to Faster Track</u>, Wall St. J., Feb. 16, 2007

  9. Attached hereto as Exhibit 7 is a true and correct copy of E. Scott Reckard, <u>Guilty plea expected in Broadcom options</u>, L.A. Times, Nov. 27, 2007.

  10. Attached hereto as Exhibit 8 is a true and correct copy of March 6, 2007 letter from Gregory J. Weingart letter to George Cardona.

---

**MARMARO DECLARATION IN SUPPORT OF MOTION TO DISMISS INDICTMENT BASED ON PROSECUTORIAL MISCONDUCT AND REQUEST FOR EVIDENTIARY HEARING; No. SACR 08-139-CJC**

2

11. Attached hereto as Exhibit 9 is a true and correct copy of the October 20, 2008 letter from Jeffrey M. Rawitz to Jack DiCanio.

12. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt of the Unites States Attorney's Manual (1997)

13. Attached hereto as Exhibit 11 is a true and correct copy of David Willman, U.S. Settles with anthrax mailings subject Steven Hatfill for $5.82 million, L.A. Times, June 28, 2008.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Plea hearing transcript in United States v. Tullos, SA CR 07-274 CJC on January 24, 2008.

15. Attached hereto as Exhibit 13 is a true and correct copy of an excerpt of the SEC testimony by Henry Samueli on May 25, 2007 in the Matter of Broadcom Corporation, LA-3232-A.

16. Attached hereto as Exhibit 14 is a true and correct copy of an excerpt of the SEC testimony by David Dull on July 3, 2007 and July 25, 2007 in the Matter of Broadcom Corporation, LA-3232-A

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 20th day of October 2008, at Los Angeles, California.

By:     /s/ Richard Marmaro
         RICHARD MARMARO

---

MARMARO DECLARATION IN SUPPORT OF MOTION TO DISMISS INDICTMENT BASED ON PROSECUTORIAL MISCONDUCT AND REQUEST FOR EVIDENTIARY HEARING; No. SACR 08-139-CJC

3

# PROOF OF SERVICE

I hereby certify that I caused the foregoing to be filed with the Clerk of the Court by using the ECF system which sent notification of the filing to the following:

    Brendan V. Sullivan Jr.
    WILLIAMS & CONNOLLY LLP
    725 Twelfth St., N.W., Washington, D.C. 20005

    Robb C. Adkins
    UNITED STATES ATTORNEY'S OFFICE
    411 W. Fourth St, 8th Flr, Santa Ana, CA  92701


By:     /s/ Richard Marmaro
       RICHARD MARMARO

---

**PROOF OF SERVICE; No. SACR 08-139-CJC**