# Exhibit 1

Exhibit
4



FORMAT FOR PRINTING sponsored by

March 18, 2006

PAGE ONE

# The Perfect Payday

**Some CEOs reap millions by landing stock options when they are most valuable. Luck -- or something else?**

By CHARLES FORELLE and JAMES BANDLER
*March 18, 2006; Page A1*

DOW JONES REPRINTS
This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

Start a FREE trial of the Online Journal

Subscribe to The Print Journal

Free US Quotes:
Symbol
Name

Get FREE E-Mail by topic

Check Out our Mobile & Wireless Services

DIGEST OF EARNINGS
Details of the latest corporate earnings reported for FREE.

On a summer day in 2002, shares of Affiliated Computer Services Inc. sank to their lowest level in a year. Oddly, that was good news for Chief Executive Jeffrey Rich.

His annual grant of stock options was dated that day, entitling him to buy stock at that price for years. Had they been dated a week later, when the stock was 27% higher, they'd have been far less rewarding. It was the same through much of Mr. Rich's tenure: In a striking pattern, all six of his stock-option grants from 1995 to 2002 were dated just before a rise in the stock price, often at the bottom of a steep drop.

Just lucky? A Wall Street Journal analysis suggests the odds of this happening by chance are extraordinarily remote -- around one in 300 billion. The odds of winning the multistate Powerball lottery with a $1 ticket are one in 146 million.

Suspecting such patterns aren't due to chance, the Securities and Exchange Commission is examining whether some option grants carry favorable grant dates for a different reason: They were backdated. The SEC is understood to be looking at about a dozen companies' option grants with this in mind.

**BUY LOW**

1

View a chart[2] of the number of options grants six executives received between 1995 and 2002 and the odds -- by a Wall Street Journal analysis -- that such a favorable pattern of grants would occur by chance.

Plus, see how the Journal analyzed[3] stock-option grants.

The Journal's analysis of grant dates and stock movements suggests the problem may be broader. It identified several companies with wildly improbable option-grant patterns. While this doesn't prove chicanery, it shows something very odd: Year after year, some companies' top executives received options on unusually propitious dates. (Read an explanation of the methodology[4].)

The analysis bolsters recent academic work suggesting that backdating was widespread, particularly from the start of the tech-stock boom in the 1990s through the Sarbanes-Oxley corporate reform act of 2002. If so, it was another way some executives enriched themselves during the boom at shareholders' expense. And because options grants are long-lived, some executives holding backdated grants from the late 1990s could still profit from them today.

Mr. Rich called his repeated favorable option-grant dates at ACS "blind luck." He said there was no backdating, a practice he termed "absolutely wrong." A spokeswoman for ACS, Lesley Pool, disputed the

Exhibit 5

Journal's analysis of the likelihood of Mr. Rich's grants all falling on such favorable dates. But Ms. Pool added that the timing wasn't purely happenstance: "We did grant options when there was a natural dip in the stock price," she said. On March 6, ACS said that the SEC is examining its option grants.

Stock options give recipients a right to buy company stock at a set price, called the exercise price or strike price. The right usually doesn't vest for a year or more, but then it continues for several years. The exercise price is usually the stock's 4 p.m. price on the date of the grant, an average of the day's high and low, or the 4 p.m. price the day before. Naturally, the lower it is, the more money the recipient can potentially make someday by exercising the options.

Which day's price the options carry makes a big difference. Suppose an executive gets 100,000 options on a day when the stock is at $30. Exercising them after it has reached $50 would bring a profit of $20 times 100,000, or $2 million. But if the grant date was a month earlier and the stock then was at, say, $20, the options would bring in an extra $1 million.

A key purpose of stock options is to give recipients an incentive to improve their employer's performance, including its stock price. No stock gain, no profit on the options. Backdating them so they carry a lower price would run counter to this goal, by giving the recipient a paper gain right from the start.

Companies have a right to give executives lavish compensation if they choose to, but they can't mislead shareholders about it. Granting an option at a price below the current market value, while not illegal in itself, could result in false disclosure. That's because companies grant their options under a shareholder-approved "option plan" on file with the SEC. The plans typically say options will carry the stock price of the day the company awards them or the day before. If it turns out they carry some other price, the company could be in violation of its options plan, and potentially vulnerable to an allegation of securities fraud.

Leif Parsons

It could even face accounting issues. Options priced below the stock's fair market value when they're awarded bring the recipient an instant paper gain. Under accounting rules, that's equivalent to extra pay and thus is a cost to the company. A company that failed to include such a cost in its books may have overstated its profits, and might need to restate past financial results.

The Journal's analysis raises questions about one of the most lucrative stock-option grants ever. On Oct. 13, 1999, William W. McGuire, CEO of giant insurer UnitedHealth Group Inc., got an enormous grant in three parts that -- after adjustment for later stock splits -- came to 14.6 million options. So far, he has exercised about 5% of them, for a profit of about $39 million. As of late February he had 13.87 million unexercised options left from the October 1999 tranche. His profit on those, if he exercised them today, would be about $717 million more.

The 1999 grant was dated the very day UnitedHealth stock hit its low for the year. Grants to Dr. McGuire in 1997 and 2000 were also dated on the day with those years' single lowest closing price. A grant in 2001 came near the bottom of a sharp stock dip. In all, the odds of such a favorable pattern occurring by chance would be one in 200 million or greater. Odds such as those are "astronomical," said David Yermack, an associate professor of finance at New York University, who reviewed the Journal's methodology and has studied options-timing issues.

Options grants are made by directors, with details often handled by a compensation committee. Many companies make their grants at the same time each year, a policy that limits the potential for date fudging. But no law requires this.

Until last year, UnitedHealth had a very unusual policy: It let Dr. McGuire choose the day of his own option

Exhibit 6

grants. According to his 1999 employment agreement, he is supposed to choose dates by giving "oral notification" to the chairman of the company's compensation committee. The agreement says the exercise price shall be the stock's closing price on the date the grants are issued.

Arthur Meyers, an executive-compensation attorney with Seyfarth Shaw LLP in Boston, said a contract such as that sounded "like a thinly disguised attempt to pick the lowest grant price possible." Mr. Meyers said such a pact could pose several legal issues, possibly violating Internal Revenue Service and stock-exchange listing rules that require directors to set a CEO's compensation. "If he picks the date of his grant, he has arguably set a portion of his pay. It's just not good corporate governance."

UnitedHealth called the process by which its grants were awarded "appropriate." It declined to answer specific questions about grant dates but noted that on all but two of them, grants were made to a broad group of employees.

William Spears, a member of UnitedHealth's compensation committee, said the October 1999 grant wasn't backdated but was awarded concurrently with the signing of Dr. McGuire's employment contract. Mr. Spears said a depressed stock price spurred directors to wrap up negotiations and get options to management. The board revised terms of the employment contract last year and will start making stock-option grants at a regular time each year, Mr. Spears added.

The SEC's look at options timing was largely prompted by academic research that examined thousands of companies and found odd patterns of stock movement around the dates of grants. One study was by Erik Lie of the University of Iowa. He found that share prices generally fell before option grants and rose afterward, with the result that recipients got options at favorable times. He concluded this was so unlikely to happen by chance that at least some grant dates had to have been filled in retroactively.

Another possible explanation for big rises in stock prices following grants is that executives knew favorable company news was coming and timed the grants just before it. But academics think timing for company news is a less likely explanation for the patterns, given the consistency of the stock climbs after grant dates. Also, for many of the companies the Journal examined, no obvious company news followed closely upon the option grants.

It's also possible companies sometimes award options after their stock has taken a fall and seems to them to be undervalued. In point of fact, the companies can't possibly know what the stock will do next, but that doesn't mean they might not feel confident enough about a recovery to think they are hitting a favorable time to grant options.

The use of stock options surged in the late 1990s as young firms that had bright prospects but little revenue used them to attract and pay executives. As dot-com and telecom shares exploded, stock options became a source of vast wealth.

They also grew controversial. Critics worried that big options grants tempted executives to do whatever it took to get the stock price up, at least long enough to cash in their options. At the same time, during a general bull market, the options sometimes richly rewarded executives for stock buoyancy that had little to do with their own efforts.

At **Mercury Interactive** Corp., a Mountain View, Calif., software maker, the chief executive and two others resigned late last year. Mercury said an internal probe found 49 cases where the reported date of options grants differed from the date when the options appeared to have been awarded. The company said it will have to restate financial results. The SEC is still looking at Mercury, said someone familiar with the situation.

**Analog Devices** Inc. says it reached a tentative settlement with the SEC last fall. It neither admitted nor

Exhibit 7

denied that it had misdated options or had made grants just before releasing good news that would tend to push up the stock. The Norwood, Mass., computer-chip maker tentatively agreed to pay a $3 million civil penalty and re-price some options. CEO Jerald Fishman tentatively agreed to pay a $1 million penalty and disgorge some profits. Analog didn't make him available for comment. The company said it will not restate its financial records.

In some instances, backdating wouldn't be possible without inattentive directors, securities lawyers say. At one company the SEC is looking at, lawyers say, it appears that someone picked a favorable past date for an option grant and gave it to directors for retroactive approval, perhaps counting on them not to notice. In another case, the lawyers say, a space for the grant date appears to have been left blank on paperwork approved by directors, or dates were later altered.

Until 2002, companies didn't have to report option grants until months later. The Sarbanes-Oxley law, by forcing them to report grants within two days, left less leeway to retroactively date a grant.

The new rule reduced stock patterns suggestive of backdating, but didn't eliminate these altogether, according to a study by M.P. Narayanan and H. Nejat Seyhun of the University of Michigan. They found that companies report about a quarter of option grants later than the two-day deadline -- and that such delayed reporting is associated with big price gains after the grant dates. It is a pattern Mr. Narayanan calls "consistent with backdating."

Before the stricter rules, **Brooks Automation** Inc., a semiconductor-equipment maker in Chelmsford, Mass., gave 233,000 options to its CEO, Robert Therrien, in 2000. The stated grant date was May 31. That was a great day to have options priced. Brooks's stock plunged over 20% that day, to $39.75. And the very next day it surged more than 30%.

A June 7 Brooks report to the SEC covering Mr. Therrien's May options activity made no mention of his having gotten a grant on May 31, even though the report -- which Mr. Therrien signed -- did cite other options-related actions he took on May 31. Not until August was the May 31 grant reported to the SEC.

It wasn't the only well-timed option grant he got. One in October 2001 came at Brooks stock's lowest closing price that year, once again at the nadir of a sharp plunge. The Journal analysis puts the odds of such a consistent pattern occurring by chance at about 1 in nine million.

Mr. Therrien, who stepped down as CEO in 2004 and retired as chairman this month, didn't return messages seeking comment. Chief Financial Officer Robert Woodbury said Brooks is "in the process of revamping" practices so grants come at about the same time each year. Mr. Woodbury, who joined in 2003, said no one at Brooks would be able to explain the timing of Mr. Therrien's grants.

The highly favorable 2000 grant also benefited two others at Brooks -- the compensation-committee members who oversaw the CEO's grants. Although Brooks directors typically got options only in July, that year a special grant was awarded just to these two directors, Roger Emerick and Amin J. Khoury. Each got 20,000 options at the low $39.75 price. By the time of their regular July option-grant date, the stock was way up to $61.75, a price far less favorable to options recipients.

Mr. Emerick, a retired CEO of Lam Research Corp., declined to be interviewed. Mr. Khoury, the CEO of BE Aerospace Inc. in Wellington, Fla., didn't return messages left at his office.

Another company, **Comverse Technology** Inc., said Tuesday that its board had started a review of its past stock-option practices, including "the accuracy of the stated dates of options grants," following questions about the dates from the Journal. The announcement reversed a prior Comverse statement -- given a week earlier in response to Journal inquiries -- saying all grants were made in accordance with applicable laws and regulations.

Exhibit
8

The Journal's analysis spotlighted an unusual pattern of grants to Kobi Alexander, chief executive of the New York maker of telecom systems and software. One grant was dated July 15, 1996, and carried an exercise price of $7.9167, adjusted for stock splits. It was priced at the bottom of a sharp one-day drop in the stock, which fell 13% the day of the grant and then rebounded 13% the next day.

Another grant, on Oct. 22, 2001, caught the second-lowest closing price of 2001. Others also corresponded to price dips. The odds of such a pattern occurring by chance are around 1 in six billion, according to the Journal's analysis.

Before Comverse announced its internal probe, John Friedman, a member of the board's compensation committee, said directors had noticed the scattered nature of the grants -- eight between 1994 and 2001 fell in six different months -- but management assured them there were valid reasons. Mr. Alexander, the CEO, didn't return phone calls.

This week, Comverse said that, as a result of the board's review of its options grants, it expects it will need to restate past financial results.

Propitious option timing can help build fortunes even at companies where the stock doesn't steadily rise. Shares of **Vitesse Semiconductor** Corp., although they zoomed in the late 1990s, now rest at about the level of a decade ago. But Louis R. Tomasetta, chief executive of the Camarillo, Calif., chip maker, reaped tens of millions of dollars from stock options.

Mr. Tomasetta got a grant in March 1997 that, adjusted for later stock splits, gave him the right to buy 600,000 shares at $5.625 each. The date they were priced coincided with a steep fall in Vitesse's stock, to what turned out to be its low for the year. He pocketed $23.1 million in profit when he exercised most of these options between 1998 and 2001. Had the grant come 10 days earlier, when the stock price was much stronger, he would have made $1.4 million less.

In eight of Mr. Tomasetta's nine option grants from 1994 to 2001, the grants were dated just before double-digit price surges in the next 20 trading days. The odds of such a pattern occurring by chance are about one in 26 billion.

Alex Daly, a member of the Vitesse board's compensation committee, said a review of the grants found "nothing extraordinary" about their timing, and "absolutely no grants have been made to anyone, least of all the CEO, that are out of sequence with our normal grant policy." Vitesse's finance chief, Yatin Mody, said the grants were "reviewed and approved" by the compensation committee, "and the exercise price set as of the date of the approval, as documented by the related minutes." He declined to provide a copy of those minutes. Mr. Tomasetta said the grants were "approved by the board and the price set at the close of the day of approval."

At ACS in Dallas, Mr. Rich helped turn a small technology firm into one with more than $4.4 billion in annual revenue and about 55,000 employees. ACS handles paperwork, accounting and data for businesses and government agencies. It is a major outsourcer, relying on global labor. "It is a pretty boring business," Mr. Rich told the University of Michigan business school in 2004, "but there is a lot of money in boring."

While most of Mr. Rich's stock-option gains were due to rises in ACS stock, the exceptional timing of grants enhanced his take. If his grants from 1995 through 2002 had come at each year's average share price, rather than the favorable dates, he'd have made about 15% less.

An especially well-timed grant, in which Mr. Rich received 500,000 options at $11.53, adjusted for stock splits, was dated Oct. 8, 1998. This happened to be the bottom of a steep plunge in the price. The shares fell 28% in the 20 trading days prior to Oct. 8, and rose 60% in the succeeding 20 trading days.

Exhibit
9

ACS's Ms. Pool said the grant was for Mr. Rich's promotion to CEO. He wasn't promoted until February 1999. Ms. Pool said there was a "six-month transition plan," and the Oct. 8 option grant was "in anticipation" of his promotion.

Mr. Rich would have fared far worse had his grant come on the day ACS announced his promotion. The stock by then was more than twice as high. The grant wasn't reported to the SEC until 10 months after the stated grant date. Ms. Pool said that was proper under regulations in place at the time.

A special board committee oversaw Mr. Rich's grants. Most years, its sole members were directors Frank Rossi and Joseph O'Neill. Mr. Rossi declined to comment. Mr. O'Neill said, "We had ups and downs in our stock price like any publicly traded stock. If there were perceived low points, would we grant options at that point? Yes."

Mr. Rich said grants were made on the day the compensation committee authorized them, or within a day or so of that. He said he or Chairman Darwin Deason made recommendations to the special board committee about option dates.

Mr. Rich, who is 45 years old, resigned abruptly as ACS's chief executive on a Thursday in September to "pursue other business interests." Again, his timing was advantageous. In an unusual separation agreement, the company agreed to make a special payment of $18.4 million, which was equal to the difference between the exercise price of 610,000 of his outstanding stock options and the closing ACS stock price on the day of his resignation.

But the company didn't announce the resignation that day. On the news the next Monday that its CEO was departing suddenly, the stock fell 6%. Mr. Rich netted an extra $2 million by cashing in the options before the announcement, rather than on the day of it.

Mr. Rich said ACS signed his separation agreement on Friday, using Thursday's price for the options payout. He said it waited till Monday to release the news because it didn't want to seem "evasive" by putting the news out late Friday.

**--George Anders contributed to this article.**

**Write to** Charles Forelle at charles.forelle@wsj.com[5] and James Bandler at james.bandler@wsj.com[6]

Exhibit 10

Case 8:08-cr-00139-CJC Document 135-3 Filed 10/20/08 Page 8 of 26 Page ID #:1915

# Buy Low

Certain executives have repeatedly received stock options on favorable dates—just ahead of sharp gains in the price of the company stock. Below, the number of option grants six executives received between roughly 1995 and 2002 and the odds—by a Wall Street Journal analysis—that such a favorable pattern of grants would occur by chance. Charts show three especially propitious grants to each executive, and what the stock did 2 months before the grant and what it did 2 months after.

**Examples of options granted**
*Stock prices adjusted for splits*

Date of grant

**Company's response**

**Jeffrey Rich**
Affiliated Computer Services, former chief executive
Total grants: 6
Odds: **About 1 in 300 billion**

Charts: Aug.–Nov. 1998; May–Aug. 2000; June–Sept. 2002

Mr. Rich said no grants were backdated, called his favorable dates "blind luck." Company spokeswoman said, "We did grant options when there was a natural dip in the stock price." Mr. Rich stepped down as chief executive last fall.

**Louis Tomasetta**
Vitesse Semiconductor, president and chief executive
Total grants: 9
Odds: **About 1 in 26 billion**

Charts: March–June 1995; Jan.–May 1997; Aug.–Nov. 1998

Mr. Tomasetta said the grants were "approved by the board and the price set at the close of the day of approval." Alex Daly, a member of the board compensation committee, said there was "nothing extraordinary" about grant timing.

**Kobi Alexander**
Comverse Technology, chairman and chief executive
Total grants: 8
Odds: **About 1 in 6 billion**

Charts: May–Aug. 1996; Aug.–Nov. 1998; Sept.–Dec. 2001

Company said its board has begun a review of past options practices, including "the accuracy of the stated dates of options grants." As a result, it expects to have to restate financial results.

**William McGuire**
UnitedHealth Group, chairman and chief executive
Total grants: 12
Odds: **At least 1 in 200 million**

Charts: March–June 1994; Sept.–Dec. 1997; Aug.–Dec. 1999

William Spears, a director, said the Oct. 13, 1999, grant was concurrent with signing of CEO's multiyear employment contract. "The price of the stock being at a depressed level gave us all an incentive to get options to management," wrapping up negotiations briskly.

**Robert Therrien**
Brooks Automation, former chief executive
Total grants[1]: 7
Odds: **About 1 in 9 million**

Charts: Nov. 1998–Feb. 1999; April–July 2000; Aug.–Nov. 2001

Company declined to explain grant timing. Finance chief Robert Woodbury said company is revamping policy to give options at same time each year. Mr. Therrien stepped down as CEO in 2004 and as chairman this month.

**Timothy Main[2]**
Jabil Circuit, president and chief executive
Total grants: 6
Odds: **About 1 in 1 million**

July–Oct. 1998; Aug.–Dec. 1999; July–Nov. 2001

Company said it did not backdate grants or time them ahead of favorable news: "The scheduled meetings of the compensation committee and Board determined and dictated the date of grants, not the company's stock price."

[1]Some of the Brooks options in a 2000 grant were premium-priced and carried an exercise value above the market price. [2]Jabil's grants were priced at the previous day's close. The analysis used the date of the pricing.

Sources: WSJ Market Data Group; FactSet Research Systems; the companies; WSJ research; John Emerson of Yale University.

Exhibit 11

# Exhibit 2

Exhibit
12



Case 8:08-cr-00139-CJC Document 135-3 Filed 10/20/08 Page 10 of 26 Page ID #:1917

The New York Times
nytimes.com

PRINTER-FRIENDLY FORMAT SPONSORED BY

July 17, 2006

# Study Finds Backdating of Options Widespread

By STEPHANIE SAUL

More than 2,000 companies appear to have used backdated stock options to sweeten their top executives' pay packages, according to a new study that suggests the practice is far more widespread than previously disclosed.

The new statistical analysis, which comes amid a broadening federal inquiry of the practice of timing options to the stock market, estimates that 29.2 percent of companies have used backdated options and 13.6 percent of options granted to top executives from 1996 to 2005 were backdated or otherwise manipulated.

So far, more than 60 companies have disclosed that they are the targets of government investigations, are the subject of investor lawsuits or have conducted internal audits involving the practice, in which options are backdated to days when the company's shares trade at low prices. They include Apple Computer, CNet and Juniper Networks.

Last week, the United States attorney in San Francisco announced a task force to investigate the backdating of options, which appears to have been particularly popular in Silicon Valley during the 1990's dot-com boom. The study found that the abuse was more prevalent in high-technology firms, where an estimated 32 percent of unscheduled grants were backdated; at other firms, an estimated 20 percent were backdated.

An author of the study said the analysis suggested that the disclosures so far about backdated stock options may be just the tip of the iceberg.

"It is pretty scary, and it's quite surprising to see," said Erik Lie, an associate professor of finance at the Tippie College of Business at the University of Iowa.

Professor Lie said the findings were so surprising that he asked several colleagues to check his numbers. Together, they concluded that the numbers probably erred on the low side.

The study by Professor Lie and Randall A. Heron, of the Kelley School of Business at Indiana University, was posted Saturday to a University of Iowa Web site. Using information from the Thomson Financial

Exhibit 13

Case 8:08-cv-00139-CJC Document 135-3 Filed 10/20/08 Page 11 of 26 Page ID #:1918

Insider Filing database of insider transactions reported to the Securities and Exchange Commission, the two men examined 39,888 stock option grants to top executives at 7,774 companies dated from Jan. 1, 1996 to Dec. 1, 2005.

The findings were based on an analysis of whether share values increased or declined after option grant dates. "Half should be negative and half should be positive," said Professor Lie. "That's the underlying logic."

But the analysis revealed that the distribution was shifted upward.

"This is not random chance. It's something that's manipulated, clearly," said Professor Lie.

Of the companies examined, 29.2 percent, or 2,270, had at some point during the period manipulated stock option grants, the study estimated.

"Over all, our results suggest that backdated or otherwise manipulated grants are spread across a remarkable number of firms, although these firms did not manipulate all their grants," the authors said.

The study concluded that before Aug. 29, 2002, 23 percent of unscheduled grants — as distinguished from grants that companies routinely schedule annually — were backdated. Unscheduled grants are easier to backdate.

On that day, the S.E.C. tightened reporting requirements to require that executives report stock option grants they receive within two business days. After that, the backdating figure declined to 10 percent of unscheduled grants, the paper said.

Professor Lie said that a number of companies simply ignored the new reporting rule. "You still see problems. The rule is not enforced," he said.

Professor Lie, who first alerted S.E.C. investigators to problems with backdating after an analysis that he conducted in 2004, said there was some positive news in his new research.

"It has been suggested that some accounting firms have been pushing this practice more than others," he said. "There's actually very little evidence of that, which to me is very comforting."

The study found that smaller auditors rather than larger ones were associated with a larger proportion of late filings and unscheduled grants, which most likely lead to more backdating and manipulative practices.

It also singled out two firms — PricewaterhouseCoopers and KPMG — as being associated with a lower percentage of manipulation.

Exhibit 14

# Exhibit 3

Exhibit
15



YELLOW CARD
TREND ALERT

***Appendix A: Stock-Option Backdating Scandal***

At least 257 companies have announced internal reviews, SEC inquiries, or Justice Department subpoenas related to their historical stock-option grants. We provide details for these companies in the following tables. (List as of March 16, 2007.) Updates marked in red and by an asterisk *.

We've grouped the 257 companies into three categories: 70 that have not completed their internal investigations, 171 that completed their internal investigations, and 16 that completed internal investigations but said they didn't find any problems with their stock-option accounting.

Category 1: Companies that have ongoing internal investigations

| | Company | Ticker | Market Value ($M) | Internal | SEC | DoJ | Share-holder suits | Criminal cases | Executive or director departure | Restatement | Late filings | Material weakness | Accel. vesting | FASB comment letter | Lobby group | Auditor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 Cents Only Stores | NDN | 811 | Yes | | | | | | | Yes | | | | | BDO Seidman |
| 2 | Actel Corp. | ACTL | 400 | Yes | Yes | | Yes | | Yes | Yes | Yes | | Yes | | | Ernst & Young |
| 3 | Active Power Inc.* | ACPW | 130 | Yes | | | | | | Yes | | | | | | Ernst & Young |
| 4 | AES Corp.* | AES | 14,940 | Yes | | | | | | | Yes | | | | | Deloitte & Touche |
| 5 | Atmel Corp. | ATML | 2,053 | Yes | Yes | | Yes | | | Yes | Yes | | | | | PricewaterhouseCoopers |
| 6 | Back Yard Burgers Inc. | BYBI | 30 | Yes | | | | | | | Yes | | | | | PricewaterhouseCoopers |
| 7 | Barnes & Noble Inc. | BKS | 2,258 | Yes | Yes | Yes | Yes | | | | Yes | | | | | BDO Seidman |
| 8 | BEA Systems Inc. | BEAS | 4,906 | Yes | Yes | | | | Yes | Yes | Yes | | Yes | | | Ernst & Young |
| 9 | Bell Microproducts Inc. | BELM | 211 | Yes | | | | | | | | | Yes | | | PricewaterhouseCoopers |
| 10 | Biomet Inc. | BMET | 10,186 | Yes | Yes | | Yes | | | | Yes | | | | | Ernst & Young |
| 11 | Black Box Corp. | BBOX | 746 | Yes | Yes | | Yes | | | | Yes | | Yes | | | BDO Seidman |
| 12 | Blue Coat Systems Inc. | BCSI | 195 | Yes | Yes | | Yes | | | Yes | Yes | Yes | | | | Ernst & Young |
| 13 | Boston Communications Group Inc. | BCGI | 72 | Yes | Yes | | Yes | | Yes | Yes | Yes | | Yes | | | Ernst & Young |
| 14 | Chesapeake Energy Corp. | CHK | 14,384 | Yes | | | | | | | | | | | | PricewaterhouseCoopers |
| 15 | Citrix Systems Inc.* | CTXS | 5,394 | Yes | | | | | | Yes | Yes | | | | AeA | Ernst & Young |
| 16 | Coherent Inc.* | COHR | 1,007 | Yes | Yes | | Yes | | | | Yes | | | 1994 | | Deloitte & Touche |
| 17 | Comverse Technology Inc. | CMVT | 5,016 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | | | | | Deloitte & Touche |
| 18 | Eclipsys Corp.* | ECLP | 1,044 | Yes | | | | | | | Yes | | | | | PricewaterhouseCoopers |
| 19 | Electronics for Imaging Inc. | EFII | 1,295 | Yes | Yes | | Yes | | | | Yes | | | 1994 | | PricewaterhouseCoopers |
| 20 | Embarcadero Technologies Inc. | EMBT | 198 | Yes | | | Yes | | | Yes | Yes | Yes | | | | PricewaterhouseCoopers |
| 21 | EPIX Pharmaceuticals Inc.* | EPIX | 210 | Yes | | | | | | Yes | Yes | | | | | Ernst & Young |
| 22 | ePlus Inc. | PLUS | 92 | Yes | | | Yes | | | Yes | Yes | | | | | Deloitte & Touche |
| 23 | Extreme Networks Inc. | EXTR | 406 | Yes | Yes | | | | | Yes | Yes | | Yes | | | Ernst & Young |
| 24 | Family Dollar Stores Inc. | FDO | 4,373 | Yes | | | Yes | | | | Yes | | Yes | | | PricewaterhouseCoopers |
| 25 | Finisar Corp. | FNSR | 1,176 | Yes | | | Yes | | | Yes | Yes | | | | | Ernst & Young |

Source: Glass Lewis, Wall Street Journal, Bloomberg, Reuters, Stanford Securities Class Action Clearinghouse, FASB, Analyst's Accounting Observer, company filings. See legend for column explanations.

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit
16



YELLOW CARD
TREND ALERT

Category 1: Companies that have ongoing internal investigations (continued)

| | Company | Ticker | Market Value ($M) | Internal | SEC | DoJ | Share-holder suits | Criminal cases | Executive or director departures | Restatements | Late filings | Material weaknesses | Audit [illegible] | FASB comment letters | Affinity group | Auditor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Flir Systems Inc.* | FLIR | 2,119 | Yes | | | Yes | | | Yes | Yes | | | | | KPMG |
| 27 | Forrester Research Inc.* | FORR | 654 | Yes | | | | | Yes | Yes | Yes | Yes | | | | BDO Seidman |
| 28 | Fossil Inc. | FOSL | 1,485 | Yes | | | | | | | Yes | | | | | Deloitte & Touche |
| 29 | Getty Images Inc.* | GYI | 2,622 | Yes | Yes | | Yes | | | | Yes | | | | | PricewaterhouseCoopers |
| 30 | Hansen Natural Corp. | HANS | 2,880 | Yes | Yes | | Yes | | | | Yes | | | | | Deloitte & Touche |
| 31 | iBasis Inc. | IBAS | 281 | Yes | Yes | | | | Yes | Yes | Yes | | | | | Deloitte & Touche |
| 32 | Insight Enterprises Inc. | NSIT | 1,065 | Yes | Yes | | Yes | | | | Yes | | | | | KPMG |
| 33 | Integrated Silicon Solution Inc. | ISSI | 189 | Yes | Yes | | Yes | | | Yes | Yes | | | | AeA | Ernst & Young |
| 34 | Interwoven Inc.* | IWOV | 693 | Yes | | | | | | | Yes | | Yes | | | Ernst & Young |
| 35 | Jabil Circuit Inc. | JBL | 8,543 | Yes | Yes | Yes | Yes | | | Yes | Yes | | Yes | | | KPMG |
| 36 | Jupitermedia Corp. | JUPM | 222 | Yes | | | Yes | | | | | | Yes | | | Deloitte & Touche |
| 37 | Kopin Corp. | KOPN | 228 | Yes | | | Yes | | | | | | Yes | | AeA | Deloitte & Touche |
| 38 | K-V Pharmaceutical Co. | KV.A | 1,105 | Yes | | | Yes | | | | Yes | | | | | KPMG |
| 39 | Management Network Group Inc. | TMNG | 54 | Yes | | | | | | Yes | Yes | | | | | Deloitte & Touche |
| 40 | Marvell Technology Group Ltd. | MRVL | 12,078 | Yes | Yes | Yes | Yes | | | Yes | Yes | Yes | | | | PricewaterhouseCoopers |
| 41 | McAfee Inc.* | MFE | 3,863 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | | | | | Deloitte & Touche |
| 42 | Michaels Stores Inc. | MIK | 5,113 | Yes | Yes | Yes | Yes | | | | Yes | | | | | Ernst & Young |
| 43 | MicroIslet Inc. | MII | 71 | Yes | | | | | | | Yes | Yes | | | | Deloitte & Touche |
| 44 | MIPS Technologies Inc. | MIPS | 312 | Yes | Yes | | Yes | | | Yes | Yes | | | | | Ernst & Young |
| 45 | M-Systems Flash Disk Pioneers Ltd. | FLSH | 1,058 | Yes | Yes | | Yes | | | Yes | Yes | Yes | | | | Ernst & Young |
| 46 | Novell Inc. | NOVL | 2,407 | Yes | | | | | | | Yes | | | 1994 | | PricewaterhouseCoopers |
| 47 | O.I. Corp. | OICO | 32 | Yes | | | | | | | | | | | | Grant Thornton |
| 48 | Par Pharmaceutical Companies Inc.* | PRX | 876 | Yes | Yes | | Yes | | | | | | Yes | | | Deloitte & Touche |
| 49 | Pediatrix Medical Group Inc.* | PDX | 2,096 | Yes | Yes | Yes | | | Yes | Yes | Yes | | | | | PricewaterhouseCoopers |
| 50 | Radio One Inc.* | ROIA | 48 | Yes | | | | | | Yes | Yes | | | | | Ernst & Young |
| 51 | RSA Security Inc. | RSAS | 1,102 | Yes | Yes | Yes | Yes | | | | | | Yes | | | Deloitte & Touche |
| 52 | SafeNet Inc. | SFNT | 462 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | | | | | Ernst & Young |
| 53 | Selectica Inc. | SLTC | 69 | Yes | | | | | | | Yes | Yes | | | | Armanino McKenna |
| 54 | Semtech Corp. | SMTC | 1,115 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | | | | | Ernst & Young |
| 55 | Sharper Image Corp. | SHRP | 137 | Yes | | | Yes | | | Yes | Yes | | Yes | | | Deloitte & Touche |
| 56 | Sigma Designs Inc. | SIGM | 200 | Yes | Yes | | Yes | | | Yes | Yes | Yes | | | AeA | Armanino McKenna |
| 57 | Silicon Storage Technology Inc.* | SSTI | 542 | Yes | | | | | | | Yes | | | | AeA | PricewaterhouseCoopers |
| 58 | Sonic Solutions | SNIC | 468 | Yes | | | | | | Yes | | | Yes | | | BDO Seidman |
| 59 | Sunrise Senior Living Inc.* | SRZ | 1,383 | Yes | Yes | | Yes | | | | Yes | | | | | Ernst & Young |
| 60 | Sycamore Networks Inc. | SCMR | 1,215 | Yes | Yes | Yes | Yes | | | Yes | Yes | Yes | | | | PricewaterhouseCoopers |

Source: Glass Lewis, Wall Street Journal, Bloomberg, Reuters, Stanford Securities Class Action Clearinghouse, FASB, Analyst's Accounting Observer, company filings. See legend for column explanations.

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit 17



YELLOW CARD
TREND ALERT

## Category 1: Companies that have ongoing internal investigations (continued)

| | Company | Ticker | Market value ($M) | Internal | SEC | DoJ | Shareholder suits | Criminal cases | Executive/director departures | Restatements | Late filings | Material weaknesses | Accel. vesting | FASB comment letters | Lobby group | Auditor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | Tetra Tech Inc. | TTEK | 947 | Yes | | | Yes | | | | Yes | Yes | Yes | | | PricewaterhouseCoopers |
| 62 | Thomas Group Inc.* | TGIS | 152 | Yes | | | | | | Yes | | | | | | Hein & Associates |
| 63 | Thoratec Corp.* | THOR | 985 | Yes | | | | | | | Yes | | | | | Deloitte & Touche |
| 64 | Trident Microsystems | TRID | 1,358 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | | | | | PricewaterhouseCoopers |
| 65 | TurboChef Technologies Inc.* | OVEN | 421 | Yes | Yes | | | | | | | | Yes | | | Ernst & Young |
| 66 | Ulticom Inc. | ULCM | 460 | Yes | | | Yes | | Yes | | Yes | | | | | Deloitte & Touche |
| 67 | UTStarcom Inc. | UTSI | 1,234 | Yes | | | | | | Yes | Yes | | Yes | 2004 | | PricewaterhouseCoopers |
| 68 | Verint Systems Inc. | VRNT | 1,083 | Yes | Yes | | | | Yes | Yes | Yes | | | | | Deloitte & Touche |
| 69 | Wireless Facilities Inc.* | WFII | 155 | Yes | | | | | | Yes | Yes | | Yes | | | Grant Thornton |
| 70 | World Air Holdings Inc. | WLDA | 211 | Yes | | | | | | | Yes | | | | | KPMG |

Source: Glass Lewis, Wall Street Journal, Bloomberg, Reuters, Stanford Securities Class Action Clearinghouse, FASB, Analyst's Accounting Observer, company filings. See legend for column explanations.

Note: Tables continue on the following pages.

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit
18



YELLOW CARD
TREND ALERT

Category 2: Companies that completed their internal investigations or did not conduct internal investigations

| | Company Name | Ticker | Market value ($M) | Internal | SEC | DoJ | Share-holder suits | Criminal cases | Executive or director departures | Restatements | Late filings | Material weakness | Acct. [illegible] | FASB comment letters | Lobby group | Auditor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | Able Energy Inc. | ABLE | 16 | Yes | Yes | | | | | | | | | | | Marcum & Kliegman |
| 72 | Activision Inc. | ATVI | 3,330 | Yes | Yes | | Yes | | | Yes | Yes | | | | | PricewaterhouseCoopers |
| 73 | Adobe Systems Inc. | ADBE | 21,654 | Yes | | | Yes | | | | | | | | | KPMG |
| 74 | Affiliated Computer Services Inc. | ACS | 6,323 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | Yes | | | | PricewaterhouseCoopers |
| 75 | Affymetrix Inc.* | AFFX | 1,452 | Yes | Yes | | Yes | | | Yes | Yes | | | | | Ernst & Young |
| 76 | Agile Software Corp.* | AGIL | 354 | Yes | | | Yes | | | Yes | Yes | | Yes | | | PricewaterhouseCoopers |
| 77 | Alkermes Inc. | ALKS | 1,636 | Yes | Yes | | Yes | | | Yes | Yes | Yes | | 2004 | | Deloitte & Touche |
| 78 | Altera Corp. | ALTR | 7,894 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | Yes | | 2004 | | PricewaterhouseCoopers |
| 79 | American Technology Corp. | ATCO | 128 | Yes | | | | | | Yes | Yes | Yes | | | | Swenson Advisors |
| 80 | American Tower Corp. | AMT | 12,980 | Yes | Yes | Yes | Yes | | | Yes | Yes | Yes | | | | Deloitte & Touche |
| 81 | Amkor Technology Inc. | AMKR | 1,338 | Yes | Yes | | Yes | | | Yes | Yes | Yes | Yes | | | PricewaterhouseCoopers |
| 82 | Analog Devices Inc. | ADI | 12,059 | | Yes | Yes | Yes | | | | | | Yes | | | Ernst & Young |
| 83 | AON Corp.* | AOC | 11,105 | Yes | | | | | | Yes | | | | | | Ernst & Young |
| 84 | Apollo Group Inc. | APOL | 9,296 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | | | | | Deloitte & Touche |
| 85 | Apple Computer Inc. | AAPL | 50,077 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | | | 1994 | | KPMG |
| 86 | Applied Micro Circuits Corp. | AMCC | 869 | Yes | Yes | Yes | Yes | | | Yes | Yes | | Yes | | AeA | Ernst & Young |
| 87 | Applied Signal Technology Inc. | APSG | 170 | Yes | | | | | | Yes | Yes | | | | | Ernst & Young |
| 88 | Aspen Technology Inc. | AZPN | 565 | Yes | | | Yes | | | Yes | Yes | Yes | | 2004 | | Deloitte & Touche |
| 89 | Asyst Technologies Inc. | ASYT | 303 | Yes | Yes | Yes | Yes | | | Yes | Yes | Yes | Yes | | | PricewaterhouseCoopers |
| 90 | Autodesk Inc.* | ADSK | 8,107 | Yes | Yes | | Yes | | | Yes | Yes | | | 1994 | | Ernst & Young |
| 91 | Avanir Pharmaceuticals | AVNR | 85 | Yes | | | | | | | | | | | | Deloitte & Touche |
| 92 | BakBone Software Inc. | BKBO | 89 | Yes | | | | | | Yes | | | | | | Deloitte & Touche |
| 93 | bebe Stores Inc. | BEBE | 2,102 | Yes | | | | | | | | | | | | Deloitte & Touche |
| 94 | Bed Bath & Beyond Inc. | BBBY | 10,499 | Yes | Yes | | Yes | | | | Yes | | | | | KPMG |
| 95 | Borland Software Corp.* | BORL | 394 | Yes | | | | | | | | | Yes | | | PricewaterhouseCoopers |
| 96 | Broadcom Corp. | BRCM | 19,887 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | Yes | | | IESOC | Ernst & Young |
| 97 | Brocade Communications Systems Inc. | BRCD | 1,829 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | | | AeA | KPMG |
| 98 | Brooks Automation Inc. | BRKS | 1,026 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | | Yes | 2004 | | PricewaterhouseCoopers |
| 99 | CA Inc. | CA | 11,875 | Yes | | | | | | Yes | Yes | Yes | | 1994 | | KPMG |
| 100 | Cablevision Systems Corp. | CVC | 6,448 | Yes | Yes | Yes | | | | Yes | Yes | | | | | KPMG |
| 101 | Cardinal Financial Corp.* | CFNL | 242 | Yes | | | | | | | | | Yes | | | KPMG |
| 102 | Caremark Rx Inc. | CMX | 21,544 | | Yes | Yes | Yes | | | | | | | 1994 | | Ernst & Young |
| 103 | CEC Entertainment Inc. | CEC | 931 | Yes | Yes | | | | | Yes | Yes | | | | | Deloitte & Touche |
| 104 | Central European Media Enterprises | CETV | 3,014 | Yes | | | | | | Yes | | Yes | | | | Deloitte & Touche |
| 105 | Ceradyne Inc. | CRDN | 1,236 | Yes | Yes | | Yes | | | | Yes | | | | | PricewaterhouseCoopers |

Source: Glass Lewis, Wall Street Journal, Bloomberg, Reuters, Stanford Securities Class Action Clearinghouse, FASB, Analyst's Accounting Observer, company filings. See legend for column explanations.

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit 19



YELLOW CARD
TREND ALERT

## Category 2: Companies that completed their internal investigations or did not conduct internal investigations (continued)

| | Company | Ticker | Market Value ($M) | Internal | SEC | DoJ | Share-holder suits | Criminal cases | Executive/director departures | Restatement | Late filings | Material weakness | Asset [illegible] | FASB [illegible] | [illegible] | Auditor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | Cheesecake Factory Inc. | CAKE | 1,851 | Yes | Yes | | Yes | | | Yes | Yes | | | | | PricewaterhouseCoopers |
| 107 | Children's Place Retail Stores Inc. | PLCE | 1,655 | Yes | Yes | | Yes | | Yes | Yes | Yes | | Yes | | | Deloitte & Touche |
| 108 | Chordiant Software Inc. | CHRD | 206 | Yes | Yes | | Yes | | | Yes | Yes | | | | | BDO Seidman |
| 109 | Cirrus Logic Inc.* | CRUS | 612 | Yes | Yes | | Yes | | Yes | Yes | Yes | | | | | Ernst & Young |
| 110 | Clorox Co. | CLX | 9,031 | Yes | | | Yes | | | | | | | 1994 | | Ernst & Young |
| 111 | CNET Networks Inc. | CNET | 1,371 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | | | | | KPMG |
| 112 | Cognos Inc. | COGN | 3,794 | Yes | | | | | | | | | | | | Ernst & Young |
| 113 | Columbia Laboratories Inc. | CBRX | 221 | Yes | | | | | | | | | | | | Goldstein Golub Kessler |
| 114 | Computer Sciences Corp.* | CSC | 10,464 | Yes | Yes | Yes | Yes | | | Yes | Yes | | | | | Deloitte & Touche |
| 115 | Copart Inc. | CPRT | 2,620 | Yes | | | | | | | Yes | | | | | Ernst & Young |
| 116 | Corillian Corp.* | CORI | 226 | Yes | | | | | | | | | Yes | | | KPMG |
| 117 | Corinthian Colleges Inc. | COCO | 1,170 | Yes | Yes | | Yes | | | | Yes | | Yes | | | Ernst & Young |
| 118 | Costco Wholesale Corp. | COST | 24,917 | Yes | | | | | | | | | | | | KPMG |
| 119 | Crown Castle International Corp.* | CCI | 7,320 | Yes | Yes | | Yes | | | | Yes | | | | | KPMG |
| 120 | Cyberonics Inc. | CYBX | 545 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | Yes | | | | KPMG |
| 121 | Cymer Inc.* | CYMI | 1,548 | Yes | | | | | | | | | Yes | | | KPMG |
| 122 | Cytyc Corp.* | CYTC | 3,461 | Yes | | | | | | Yes | Yes | | | | | Deloitte & Touche |
| 123 | Dean Foods Co. | DF | 5,660 | Yes | Yes | | Yes | | | | | | | | | Deloitte & Touche |
| 124 | Delta Petroleum Corp. | DPTR | 892 | Yes | Yes | Yes | | | | | | | | | | KPMG |
| 125 | DesCartes Systems Group Inc.* | DSGX | 195 | Yes | | | | | | | | | | | | Deloitte & Touche |
| 126 | Digital River Inc. | DRIV | 2,234 | Yes | Yes | | Yes | | | Yes | | | | | | Ernst & Young |
| 127 | Ditech Networks Corp. | DITC | 234 | Yes | | | Yes | | | Yes | Yes | | | | | PricewaterhouseCoopers |
| 128 | Dot Hill Systems Corp. | HILL | 145 | Yes | | | Yes | | | | Yes | | Yes | | | Deloitte & Touche |
| 129 | Dycom Industries Inc. | DY | 831 | Yes | | | | | | | | | Yes | | | Deloitte & Touche |
| 130 | EGL Inc. | EAGL | 1,457 | Yes | | | | | | | | | | | | PricewaterhouseCoopers |
| 131 | Electronic Clearing House Inc. | ECHO | 102 | Yes | | | | | | | | Yes | | | | BDO Seidman |
| 132 | EMCORE Corp. | EMKR | 270 | Yes | | | Yes | | | Yes | Yes | | | | | Deloitte & Touche |
| 133 | Endocare Inc. | ENDO | 66 | Yes | Yes | Yes | | | | | | | | | | Ernst & Young |
| 134 | Engineered Support System Inc. | EASI | N/A | | Yes | Yes | | Yes | | | | | | | | PricewaterhouseCoopers |
| 135 | Equinix Inc. | EQIX | 1,496 | Yes | Yes | Yes | Yes | | | | Yes | | | | | PricewaterhouseCoopers |
| 136 | F5 Networks Inc. | FFIV | 2,114 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | Yes | | | | PricewaterhouseCoopers |
| 137 | First American Corp. | FAF | 3,629 | Yes | Yes | | Yes | | | Yes | Yes | | | 1994 | | PricewaterhouseCoopers |
| 138 | Foundry Networks Inc. | FDRY | 1,403 | Yes | Yes | Yes | | | Yes | Yes | Yes | | Yes | | | Ernst & Young |
| 139 | Gap Inc. | GPS | 13,965 | Yes | | | | | | | | | Yes | 1994, 2004 | | Deloitte & Touche |
| 140 | Genesee & Wyoming Inc. | GWR | 1,144 | Yes | | | | | | | | | | | | PricewaterhouseCoopers |

Source: Glass Lewis, Wall Street Journal, Bloomberg, Reuters, Stanford Securities Class Action Clearinghouse, FASB, Analyst's Accounting Observer, company filings. See legend for column explanations.

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit 20



YELLOW CARD
TREND ALERT

## Category 2: Companies that completed their internal investigations or did not conduct internal investigations (continued)

| | Company | Ticker | Market value ($M) | Internal | SEC | DOJ | Shareholder suits | AG/Criminal cases | Executive or director departures | Restatements | Late filings | Material weakness | Acct. [illegible] | FASB comment letters | Lobby group | Auditor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | Gensym Corp.* | GNSM | 7 | Yes | | | | | | Yes | Yes | | | | | Vitale Caturano & Co. |
| 142 | Glenayre Technologies Inc.* | GEMS | 158 | Yes | | | Yes | | | Yes | Yes | | | | | Ernst & Young |
| 143 | Greater Bay Bancorp | GBBK | 1,476 | Yes | | | | | | | | | Yes | | | PricewaterhouseCoopers |
| 144 | GSI Group Inc.* | GSIG | 386 | Yes | | | | | | | | | Yes | | | Ernst & Young |
| 145 | Hain Celestial Group Inc. | HAIN | 1,096 | Yes | | | Yes | | | | | | Yes | | | Ernst & Young |
| 146 | HCC Insurance Holdings Inc. | HCC | 3,482 | Yes | Yes | | Yes | | Yes | Yes | Yes | Yes | | | | PricewaterhouseCoopers |
| 147 | Home Depot Inc. | HD | 78,286 | Yes | Yes | Yes | Yes | | | | | | | 1994 | | KPMG |
| 148 | Insituform Technologies Inc. | INSU | 636 | Yes | | | | | | | | | | | | PricewaterhouseCoopers |
| 149 | InterNAP Network Services Corp. | INAP | 616 | Yes | | | | | | | | | | | | PricewaterhouseCoopers |
| 150 | Interpublic Group of Cos. | IPG | 4,937 | Yes | | | | | | | | | Yes | 1994 | | PricewaterhouseCoopers |
| 151 | Intuit Inc. | INTU | 8,874 | Yes | Yes | Yes | | | | | | | | | IESOC | Ernst & Young |
| 152 | j2 Global Communications Inc.* | JCOM | 1,163 | Yes | | | Yes | | | Yes | Yes | | | | | Deloitte & Touche |
| 153 | Juniper Networks Inc.* | JNPR | 8,763 | Yes | Yes | Yes | Yes | | | Yes | Yes | Yes | Yes | | | Ernst & Young |
| 154 | KB Home* | KBH | 3,701 | Yes | Yes | Yes | | | Yes | Yes | Yes | | | | | Ernst & Young |
| 155 | Keane Inc.* | KEA | 814 | Yes | Yes | | | | | | Yes | | Yes | 2004 | | Ernst & Young |
| 156 | Keithley Instruments Inc. | KEI | 186 | Yes | Yes | | Yes | | | | Yes | | Yes | | AeA | PricewaterhouseCoopers |
| 157 | Keryx Biopharmaceuticals Inc. | KERX | 448 | Yes | | | | | | | | | | | | KPMG |
| 158 | Key Energy Services Inc. | KEGS | 1,957 | Yes | | | | | | Yes | Yes | | | | | Grant Thornton |
| 159 | King Pharmaceuticals Inc. | KG | 3,938 | Yes | | | | | | | | | | | | PricewaterhouseCoopers |
| 160 | KLA-Tencor Corp. | KLAC | 8,071 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | Yes | | 1994, 2004 | IESOC | PricewaterhouseCoopers |
| 161 | Knobias Inc. | KNBS | 4 | Yes | | | | | | Yes | Yes | | | | | Russell Bedford Stefanou Mirchandani |
| 162 | Kos Pharmaceuticals Inc. | KOSP | 1,985 | Yes | Yes | Yes | | | | Yes | Yes | Yes | | | | Ernst & Young |
| 163 | L-3 Communications Holdings Inc.* | LLL | 9,066 | Yes | Yes | | Yes | | | | | | | | | PricewaterhouseCoopers |
| 164 | Landry's Restaurants Inc.* | LNY | 630 | Yes | Yes | | | | | Yes | Yes | | | | | Grant Thornton |
| 165 | Macrovision Corp. | MVSN | 1,032 | Yes | Yes | Yes | | | | | | Yes | | 2004 | AeA | KPMG |
| 166 | Mattel Inc.* | MAT | 8,073 | Yes | | | Yes | | | | | | Yes | | | PricewaterhouseCoopers |
| 167 | Maxim Integrated Products Inc. | MXIM | 9,836 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | | | | | Deloitte & Touche |
| 168 | MDC Partners Inc. | MDCA | 208 | Yes | | | | | | | | | | | | BDO Seidman |
| 169 | Meade Instruments Corp. | MEAD | 57 | Yes | Yes | | Yes | | | Yes | Yes | Yes | | | | Moss Adams |
| 170 | Medarex Inc. | MEDX | 1,189 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | | | | | Ernst & Young |
| 171 | Mercury Interactive Corp. | MERQ | 3,294 | Yes | Yes | | Yes | | Yes | Yes | Yes | Yes | | | | PricewaterhouseCoopers |
| 172 | Microtune Inc.* | TUNE | 276 | Yes | Yes | | Yes | | | Yes | Yes | Yes | | | | Ernst & Young |
| 173 | Millennium Pharmaceuticals Inc. | MLNM | 3,266 | Yes | Yes | | | | | | | | | | | Ernst & Young |
| 174 | Mills Corp. | MLS | 839 | Yes | | | | | | Yes | | | | | | Ernst & Young |

Source: Glass Lewis, Wall Street Journal, Bloomberg, Reuters, Stanford Securities Class Action Clearinghouse, FASB, Analyst's Accounting Observer, company filings. See legend for column explanations.

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit
21



YELLOW CARD
TREND ALERT

Category 2: Companies that completed their internal investigations or did not conduct internal investigations (continued)

| | Company | Ticker | Market Value ($M) | Internal | SEC | DoJ | Shareholder suits | Criminal cases | Executive or director departures | Restatements | Late filings | Material weaknesses | Accel. vesting | FASB comment letter | Lobby group | Auditor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 175 | Mobility Electronics Inc.* | MOBE | 112 | Yes | | | | | | | | | Yes | | | KPMG |
| 176 | Moldflow Corp. | MFLO | 129 | Yes | | | | | | | | | | | | Grant Thornton |
| 177 | Molex Inc. | MOLX | 5,949 | Yes | Yes | Yes | Yes | | | Yes | | | | | | Ernst & Young |
| 178 | Monster Worldwide Inc. | MNST | 4,944 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | 2004 | | BDO Seidman |
| 179 | Nabi Biopharmaceuticals | NABI | 400 | Yes | | | | | | | Yes | | Yes | | | Ernst & Young |
| 180 | Nabors Industries Ltd. | NBR | 8,454 | Yes | Yes | | | | | | | | | | | PricewaterhouseCoopers |
| 181 | Network Appliance Inc. | NTAP | 12,588 | Yes | | | Yes | | | | | | | | AeA | Deloitte & Touche |
| 182 | Newpark Resources Inc. | NR | 507 | Yes | | | Yes | | Yes | Yes | | Yes | | | | Ernst & Young |
| 183 | NVIDIA Corp.* | NVDA | 8,590 | Yes | Yes | | Yes | | | Yes | Yes | | | | | PricewaterhouseCoopers |
| 184 | NYFIX Inc. | NYFX | 148 | Yes | Yes | Yes | Yes | | | Yes | Yes | Yes | | | | Friedman |
| 185 | Omnicell Inc. | OMCL | 406 | Yes | | | | | | Yes | | | | | | Ernst & Young |
| 186 | Openwave Systems Inc. | OPWV | 1,385 | Yes | Yes | Yes | Yes | | | Yes | Yes | Yes | | | | KPMG |
| 187 | Orbital Sciences Corp. | ORB | 1,080 | Yes | | | | | | Yes | Yes | Yes | Yes | | | PricewaterhouseCoopers |
| 188 | Parametric Technology Corp. | PMTC | 1,597 | Yes | | | | | | | | | | | | PricewaterhouseCoopers |
| 189 | Peet's Coffee & Tea Inc. | PEET | 365 | Yes | | | Yes | | | Yes | Yes | | | | | Deloitte & Touche |
| 190 | Pixar | PIXR | N/A | Yes | Yes | Yes | | | | | | | | | | KPMG |
| 191 | PMC-Sierra Inc. | PMCS | 1,088 | Yes | Yes | | Yes | | | Yes | Yes | Yes | Yes | | | Deloitte & Touche |
| 192 | Pool Corp. | POOL | 1,967 | Yes | | | | | | | | | | | | Ernst & Young |
| 193 | Power Integrations Inc.* | POWI | 708 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | Yes | | | AeA | Deloitte & Touche |
| 194 | Progress Software Corp. | PRGS | 930 | Yes | Yes | | Yes | | | Yes | Yes | Yes | | | | Deloitte & Touche |
| 195 | Quest Software Inc. | QSFT | 1,386 | Yes | Yes | | | | Yes | Yes | Yes | | | | | Deloitte & Touche |
| 196 | QuickLogic Corp. | QUIK | 116 | Yes | Yes | | Yes | | | | Yes | | Yes | 2004 | AeA | PricewaterhouseCoopers |
| 197 | Rambus Inc. | RMBS | 2,649 | Yes | | | Yes | | Yes | Yes | Yes | Yes | | | | PricewaterhouseCoopers |
| 198 | Redback Networks Inc. | RBAK | 1,268 | Yes | Yes | Yes | | | | | Yes | | | | | PricewaterhouseCoopers |
| 199 | ReGen Biologics Inc. | RGBI | 24 | Yes | | | | | | Yes | Yes | Yes | | | | Ernst & Young |
| 200 | Renal Care Group Inc.* | RCI | N/A | | | Yes | Yes | | | | | | | | | Ernst & Young |
| 201 | Research In Motion Ltd.* | RIMM | 15,819 | Yes | Yes | | Yes | | Yes | Yes | | | | | | Ernst & Young |
| 202 | Restoration Hardware Inc. | RSTO | 233 | Yes | | | | | | | | | | | | Deloitte & Touche |
| 203 | Sanmina-SCI Corp. | SANM | 2,424 | Yes | Yes | Yes | | | Yes | Yes | Yes | Yes | Yes | | | KPMG |
| 204 | Sapient Corp. | SAPE | 647 | Yes | Yes | | | | Yes | Yes | Yes | | | | | PricewaterhouseCoopers |
| 205 | SBA Communications Corp. | SBAC | 2,878 | Yes | | | | | | | | | | | | Ernst & Young |
| 206 | ScanSource Inc. | SCSC | 823 | Yes | | | Yes | | Yes | | Yes | Yes | | | | Ernst & Young |
| 207 | Sepracor Inc.* | SEPR | 5,349 | Yes | Yes | | Yes | | | Yes | Yes | | | | | PricewaterhouseCoopers |
| 208 | Shaw Group Inc. | SGR | 1,904 | Yes | | | | | | Yes | | Yes | | | | Ernst & Young |
| 209 | Silicon Image Inc. | SIMG | 987 | Yes | Yes | | | | | | Yes | | | | | Deloitte & Touche |

Source: Glass Lewis, Wall Street Journal, Bloomberg, Reuters, Stanford Securities Class Action Clearinghouse, FASB, Analyst's Accounting Observer, company filings. See legend for column explanations.

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit 22



YELLOW CARD
TREND ALERT

Category 2: Companies that completed their internal investigations or did not conduct internal investigations (continued)

| | Company | Ticker | Market value ($M) | Internal | SEC | DoJ | Shareholder suits | Criminal cases | Executive or director departures | Restatement | Late filing | Material weakness | Acct'g [illegible] | FASB comment letters | Lobby group | Auditor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 210 | Skins Inc. | SKNN | 40 | Yes | | | | | | Yes | | | | | | Mahoney Cohen & Co. |
| 211 | SmartForce PLC* | SMTF | N/A | | Yes | | | | | | | | Yes | | | Ernst & Young |
| 212 | Sonus Networks Inc.* | SONS | 1,021 | Yes | Yes | | | | | Yes | Yes | | Yes | | AeA | Deloitte & Touche |
| 213 | Sotheby's* | BID | 2,486 | Yes | | | | | | Yes | | | | | | Deloitte & Touche |
| 214 | SPSS Inc. | SPSS | 515 | Yes | | | Yes | | | | | Yes | | | | Grant Thornton |
| 215 | Staples Inc. | SPLS | 18,698 | Yes | | | Yes | | | | | | | | | Ernst & Young |
| 216 | Stolt-Nielsen S.A. | SNSA | 1,677 | Yes | Yes | | | | | | | Yes | | | | Deloitte & Touche |
| 217 | Sunrise Telecom Inc. | SRTI | 121 | Yes | Yes | | Yes | | | Yes | Yes | | | | | KPMG |
| 218 | Sun-Times Media Group Inc.* | SVN | 459 | Yes | | | | | | Yes | Yes | | | | | KPMG |
| 219 | SVB Financial Group | SIVB | 1,550 | Yes | | | | | | | | | | 1994, 2004 | | KPMG |
| 220 | Sysview Technology Inc. | SYVT | 30 | Yes | Yes | | | | | Yes | | | | | | Clancy & Co. |
| 221 | Take-Two Interactive Software Inc.* | TTWO | 677 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | | | | | Ernst & Young |
| 222 | Tesco Corp.* | TESOF | 841 | Yes | | | | | | | | | | | | PricewaterhouseCoopers |
| 223 | Third Wave Technologies Inc. | TWTI | 171 | Yes | | | | | | | | | Yes | | | Grant Thornton |
| 224 | THQ Inc. | THQI | 1,533 | Yes | Yes | | Yes | | | Yes | Yes | Yes | | | | Deloitte & Touche |
| 225 | Transaction Systems Architects Inc. | TSAI | 1,250 | Yes | | | | | | Yes | Yes | | | | | KPMG |
| 226 | Tyco International Ltd. | TYC | 59,564 | Yes | | | | | | Yes | | | | | | Deloitte & Touche |
| 227 | Ultratech Inc. | UTEK | 331 | Yes | | | | | | | | | Yes | | | Ernst & Young |
| 228 | UnitedHealth Group Inc. | UNH | 59,589 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | Yes | | | | Deloitte & Touche |
| 229 | Valeant Pharmaceuticals International | VRX | 1,814 | Yes | Yes | | Yes | | | Yes | Yes | Yes | | | | PricewaterhouseCoopers |
| 230 | VeriSign Inc. | VRSN | 5,256 | Yes | Yes | Yes | | | Yes | Yes | Yes | | Yes | 2004 | IESOC | KPMG |
| 231 | ViaSat Inc. | VSAT | 729 | Yes | | | | | | | Yes | | | | | PricewaterhouseCoopers |
| 232 | Vitesse Semiconductor | VTSS | 688 | Yes | Yes | Yes | Yes | | Yes | Yes | Yes | | Yes | | | KPMG |
| 233 | Waste Connections Inc. | WCN | 1,827 | Yes | | | Yes | | | | Yes | | Yes | | | PricewaterhouseCoopers |
| 234 | Western Digital Corp. | WDC | 3,702 | Yes | | | Yes | | | | Yes | | | | IESOC | KPMG |
| 235 | Wet Seal Inc. | WTSLA | 477 | Yes | | | | | | Yes | Yes | | | | | Deloitte & Touche |
| 236 | Wind River Systems Inc. | WIND | 873 | Yes | | | | | | | Yes | | | | | PricewaterhouseCoopers |
| 237 | Witness Systems Inc. | WITS | 506 | Yes | Yes | | Yes | | Yes | Yes | Yes | Yes | | | AeA | KPMG |
| 238 | Xilinx Inc. | XLNX | 7,846 | Yes | Yes | | Yes | | | | Yes | | | 1994, 2004 | IESOC | Ernst & Young |
| 239 | XM Satellite Radio Holdings Inc. | XMSR | 3,658 | Yes | Yes | | | | | | | | | | | KPMG |
| 240 | Zarlink Semiconductor Inc. | ZL | 262 | Yes | | | | | | | | | | | | Ernst & Young |
| 241 | Zoran Corp.* | ZRAN | 1,103 | Yes | Yes | Yes | Yes | | | Yes | Yes | | | | AeA | PricewaterhouseCoopers |

Source: Glass Lewis, Wall Street Journal, Bloomberg, Reuters, Stanford Securities Class Action Clearinghouse, FASB, Analyst's Accounting Observer, company filings. See legend for column explanations.

Note: Tables continue on the following pages.

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit
23



YELLOW CARD
TREND ALERT

## Category 3: Companies that completed internal investigations but said they didn't find any problems with their stock-option accounting

| | Company | Ticker | Market value ($M) | Internal | SEC | DoJ | Share-holder suits | Criminal cases | Executive or director departures | Restatements | Late filings | Material weaknesses | Accel. vesting | FASB comment letters | Lobby group | Auditor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 242 | American National Bankshares Inc.* | AMNB | 138 | Yes | | | | | | | | | | | | Yount, Hyde, & Barbour |
| 243 | Amylin Pharmaceuticals Inc. | AMLN | 5,813 | Yes | | | | | | | | | | | | Ernst & Young |
| 244 | ArthroCare Corp.* | ARTC | 1,172 | Yes | Yes | | Yes | | | | | | | | | PricewaterhouseCoopers |
| 245 | Cabot Oil & Gas Corp. | COG | 2,533 | Yes | | | | | | | | | Yes | | | PricewaterhouseCoopers |
| 246 | Electronic Arts Inc. | ERTS | 14,835 | Yes | Yes | | Yes | | | | | | | | | KPMG |
| 247 | Exar Corp. | EXAR | 484 | Yes | | | | | | | | | | | | PricewaterhouseCoopers |
| 248 | Harris Interactive Inc. | HPOL | 304 | Yes | | | | | | | | | | | | PricewaterhouseCoopers |
| 249 | Linear Technology Corp. | LLTC | 10,672 | Yes | Yes | Yes | Yes | | | | | | Yes | | | Ernst & Young |
| 250 | MIVA Inc. | MIVA | 102 | Yes | | | | | | | | | Yes | 2004 | | BDO Seidman |
| 251 | Navigators Group Inc. | NAVG | 781 | Yes | | | | | | | | | | | | KPMG |
| 252 | Novellus Systems Inc. | NVLS | 2,866 | Yes | | | Yes | | | | | | Yes | | | Ernst & Young |
| 253 | Optical Communication Products Inc. | OCPI | 227 | Yes | | | | | | | | | Yes | | | Deloitte & Touche |
| 254 | Parallel Petroleum Corp.* | PLLL | 717 | Yes | | | | | | | | | | | | BDO Seidman |
| 255 | ParkerVision Inc.* | PRKR | 226 | Yes | | | | | | | | | | | | PricewaterhouseCoopers |
| 256 | Royal Gold Inc. | RGLD | 759 | Yes | | | | | | | | | | 2004 | | PricewaterhouseCoopers |
| 257 | Triquint Semiconductor Inc.* | TQNT | 603 | Yes | | | Yes | | | | | | Yes | 2004 | AeA | KPMG |

Source: Glass Lewis, Wall Street Journal, Bloomberg, Reuters, Stanford Securities Class Action Clearinghouse, FASB, Analyst's Accounting Observer, company filings. See legend for column explanations.

Legend: **Market value** – company's market capitalization as of the announcement date of its review or investigation. **Internal** – company announced an internal review. **SEC** – company is part of a Securities and Exchange Commission informal inquiry or investigation. **DoJ** – company received a subpoena from U.S. attorney. **Shareholder suits** – company was named a defendant in shareholder litigation. **Criminal cases** – criminal charges were filed against company executives. **Executive or director departures** – company officers or directors were fired, demoted or resigned in connection with the company's stock-option investigation. **Restatements** – company announced it will restate historical financial statements to correct stock-based compensation expense. **Late filings** – company delayed at least one annual or quarterly filing in connection with its stock-option review. **Material weaknesses** – company disclosed it has a material weakness in its internal controls related to accounting for stock options. **Accel. vesting** – company accelerated the vesting of its stock options before FAS 123R went into effect. **FASB comment letters** – company sent a comment letter to the Financial Accounting Standards Board that opposed either the original FAS 123 exposure draft (1994), or the Share-Based Payment (a.k.a. FAS 123R) exposure draft (2004), both of which proposed the expensing of employee stock options. **Lobby group** – company was a member of the International Employee Stock Option Coalition (IESOC), a group of companies and organizations that opposed FAS 123 and the expensing of stock options; or company is a member of AeA (f.k.a. the American Electronics Association), a trade association that opposed FAS 123 and the expensing of stock options and lobbied congress to support the Broad-Based Stock Option Plan Transparency Act of 2003. **Auditor** – company's current auditor.

Note: Summary tables appear on the following page.

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit
24



YELLOW CARD
TREND ALERT

In the tables below, we provide summary statistics for the companies touched by the stock-option backdating scandal. To date, the scandal has resulted in an unadjusted initial decline in market value of $5.5 billion[1] and the recognition of at least $12.3 billion[2] in additional pre-tax compensation expenses. Additionally, at least 85 executives and directors at 46 companies have been fired, demoted or resigned.

Table A1: Tally of events

| Companies that have disclosed: | |
|---|---|
| Internal investigations* | 252 |
| SEC investigations | 128 |
| DoJ investigations | 58 |
| Shareholder suits | 129 |
| Criminal cases | 6 |
| Executive departures | 46 |
| Restatements | 129 |
| Late filings | 157 |
| Material weaknesses | 52 |
| Accelerated vestings | 63 |

Source: See sources for main table.
*Five companies announced government investigations, but not internal investigations.

Table A2: Company size

| Market value* | |
|---|---|
| Less than $75M | 19 |
| $75M to $249M | 40 |
| $250M to $749M | 44 |
| $750M to $1.49B | 56 |
| $1.5B to $7.49B | 60 |
| $7.5B or more | 38 |
| Total | 257 |

Source: Glass Lewis, Reuters.
*As of announcement date.

Table A3: Current auditor

| Audit firms | |
|---|---|
| Ernst & Young | 68 |
| PricewaterhouseCoopers | 66 |
| Deloitte & Touche | 54 |
| KPMG | 38 |
| BDO Seidman | 11 |
| Grant Thornton | 7 |
| Other | 13 |
| Total | 257 |

Source: Glass Lewis, Reuters.

Table A4: Current exchange

| Stock exchanges | |
|---|---|
| NASDAQ | 188 |
| NYSE | 54 |
| AMEX | 1 |
| OTC | 14 |
| Total | 257 |

Source: Glass Lewis, Reuters.

Table A5: Industry

| Industries | |
|---|---|
| Software & programming | 43 |
| Semiconductors | 37 |
| Retail | 19 |
| Biotechnology & drugs | 18 |
| Communications equipment | 16 |
| Communications services | 10 |
| Electronic instr. & controls | 7 |
| Computer networks | 6 |
| Business services | 6 |
| Medical equipment & supplies | 6 |
| Computer services | 6 |
| Insurance | 5 |
| Oil & gas operations | 5 |
| Scientific & technical instr. | 5 |
| Computer hardware | 4 |
| Computer storage devices | 4 |
| Restaurants | 4 |
| Broadcasting & cable TV | 4 |
| Aerospace & defense | 3 |
| Food processing | 3 |
| Recreational products | 3 |
| Other | 43 |
| Total | 257 |

Source: Glass Lewis, Reuters.

Table A6: Headquarters

| Headquarters | |
|---|---|
| San Jose, CA | 17 |
| Sunnyvale, CA | 14 |
| New York, NY | 11 |
| Santa Clara, CA | 10 |
| Mountain View, CA | 7 |
| San Diego, CA | 7 |
| Houston, TX | 6 |
| Cambridge, MA | 5 |
| San Francisco, CA | 4 |
| Bedford, MA | 3 |
| Chelmsford, MA | 3 |
| Camarillo, CA | 3 |
| Cupertino, CA | 3 |
| Irvine, CA | 3 |
| Alameda, CA | 2 |
| Carlsbad, CA | 2 |
| Costa Mesa, CA | 2 |
| Fremont, CA | 2 |
| Milpitas, CA | 2 |
| Redwood City, CA | 2 |
| Santa Ana, CA | 2 |
| Other | 147 |
| Total | 257 |

Source: Glass Lewis, Reuters.

[1] The initial decline in market value is measured as the change in market capitalization from one day before companies' announcements to one day after their announcements. Three companies are not included in the calculation because they were acquired by other companies prior to announcing stock-option investigations. See next page for additional information.

[2] The additional pre-tax compensation expenses include amounts companies have disclosed as the effect of their restatements and amounts companies took charges for against current earnings if they concluded that restatements were not necessary. If companies only disclosed after-tax figures, we used companies' three-year average tax rates to calculate pre-tax figures. In six cases, we used the after-tax figures companies disclosed because their average tax rates were negative or not available. See next page for additional information.

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit
25



YELLOW CARD
TREND ALERT

1. Additional information regarding the initial decline in market value:

Among the 254 companies[3] included in the calculation of initial decline in market value, 164 companies' market values declined the day after their announcements and 90 companies' market values remained constant or increased one day after their announcements. Research In Motion's market value increased $3.0 billion after its announcement, which was made in conjunction with the company's record-breaking earnings report for its fiscal second quarter. In addition, Costco Wholesale's market value increased $1.5 billion and Apple Computer's increased $1.3 billion after their option-investigation announcements.

Among the largest initial declines in market values were Computer Sciences' $1.7 billion decline, Caremark Rx's $1.5 billion decline, KLA-Tencor's $1.2 billion decline, Home Depot's $1.1 billion decline, and Marvell Technology's $1.1 billion decline. Of the 164 companies that initially declined in market value, 71 are still down since announcing stock-option investigations. Additionally, 32 companies that initially increased in market value have now fallen below the values they were at prior to announcing investigations.

2. Additional information regarding the additional pre-tax compensation expenses:

So far, at least 163 companies have quantified the amounts of additional compensation expenses that they should have recorded in prior periods in connection with their historical stock-option grants. Of these, 103 companies have announced restatements. Another 60 companies concluded that the impact of the extra expenses wasn't great enough to require restatements. Instead, they deducted the expenses from their most recent financial results by taking charges in their current periods.

The total amount of compensation expenses that companies book as a result of their reviews will continue to grow. There are another 26 companies that have announced restatements, indicating their adjustments will be material, that have not yet quantified the amounts of their corrections. They include Apollo Group, Comverse Technology, Jabil Circuit and Marvell Technology.

A list of the companies that have quantified the amounts of their stock-option restatements or charges is shown on the following page. The amounts shown in the table represent the previously unrecognized compensation expenses that companies should have originally included on their income statements.

*--Mark Grothe*
*mgrothe@glasslewis.com, 303-532-2426*

[3] Three companies are not included in the calculation because they were acquired by other companies prior to announcing stock-option investigations.

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit
26



YELLOW CARD
TREND ALERT

The following table lists 163 companies that have quantified the amounts of previously unrecognized expenses related to misdated stock options

| | Ticker | Company | Market Value (in millions) | Restatement/Charges | Pre-tax compensation expense (in millions) |
|---|---|---|---|---|---|
| 1 | BRCM | Broadcom Corp. | $19,887 | Restatement | $2,276.2 |
| 2 | UNH | UnitedHealth Group Inc. | $59,589 | Restatement | $1,537.0 |
| 3 | JNPR | Juniper Networks Inc. | $8,763 | Restatement | $896.8 |
| 4 | MERQ | Mercury Interactive Corp. | $3,294 | Restatement | $574.6 |
| 5 | KLAC | KLA-Tencor Corp. | $8,071 | Restatement | $376.0 |
| 6 | BEAS | BEA Systems Inc. | $4,906 | Restatement | $365.0 |
| 7 | BRCD | Brocade Communications Systems Inc. | $1,829 | Restatement | $349.7 |
| 8 | CA | CA Inc. | $11,875 | Restatement | $342.0 |
| 9 | MNST | Monster Worldwide Inc. | $4,944 | Restatement | $339.6 |
| 10 | TYC | Tyco International Ltd. | $59,564 | Restatement | $252.0 |
| 11 | RIMM | Research In Motion Ltd. | $15,819 | Restatement | $250.0 |
| 12 | SANM | Sanmina-SCI Corp. | $2,424 | Restatement | $224.2 |
| 13 | RMBS | Rambus Inc. | $2,649 | Restatement | $200.0 |
| 14 | VRSN | VeriSign Inc. | $5,256 | Restatement | $200.0 |
| 15 | NVDA | NVIDIA Corp. | $8,590 | Restatement | $199.6 |
| 16 | FDRY | Foundry Networks Inc. | $1,403 | Restatement | $195.0 |
| 17 | OPWV | Openwave Systems Inc. | $1,385 | Restatement | $181.7 |
| 18 | QSFT | Quest Software Inc. | $1,386 | Restatement | $150.0 |
| 19 | MFE | McAfee Inc. | $3,863 | Restatement | $125.0 |
| 20 | VTSS | Vitesse Semiconductor | $688 | Restatement | $120.0 |
| 21 | AMKR | Amkor Technology Inc. | $1,338 | Restatement | $108.8 |
| 22 | CNET | CNET Networks Inc. | $1,371 | Restatement | $105.9 |
| 23 | AAPL | Apple Computer Inc. | $50,077 | Restatement | $105.0 |
| 24 | AMCC | Applied Micro Circuits Corp. | $869 | Restatement | $95.2 |
| 25 | CVC | Cablevision Systems Corp. | $6,448 | Restatement | $92.7 |
| 26 | CYTC | Cytyc Corp. | $3,461 | Restatement | $80.0 |
| 27 | AMT | American Tower Corp. | $12,980 | Restatement | $69.7 |
| 28 | AGIL | Agile Software Corp. | $354 | Restatement | $69.6 |
| 29 | CSC | Computer Sciences Corp. | $10,464 | Restatement | $68.0 |
| 30 | PMCS | PMC-Sierra Inc. | $1,088 | Restatement | $67.7 |
| 31 | AOC | AON Corp. | $11,105 | Restatement | $66.0 |
| 32 | BRKS | Brooks Automation Inc. | $1,026 | Restatement | $65.0 |
| 33 | AZPN | Aspen Technology Inc. | $565 | Restatement | $58.8 |
| 34 | NYFX | NYFIX Inc. | $148 | Restatement | $55.1 |
| 35 | TTWO | Take-Two Interactive Software Inc. | $677 | Restatement | $54.6 |
| 36 | ACS | Affiliated Computer Services Inc. | $6,323 | Restatement | $51.2 |
| 37 | UTSI | UTStarcom Inc. | $1,234 | Restatement | $50.0 |
| 38 | ALTR | Altera Corp. | $7,894 | Restatement | $47.6 |
| 39 | TRID | Trident Microsystems | $1,358 | Restatement | $45.0 |
| 40 | POWI | Power Integrations Inc. | $708 | Restatement | $44.0 |
| 41 | SEPR | Sepracor Inc. | $5,349 | Restatement | $43.3 |
| 42 | ADSK | Autodesk Inc. | $8,107 | Restatement | $41.5 |
| 43 | KBH | KB Home | $3,701 | Restatement | $41.0 |
| 44 | MEDX | Medarex Inc. | $1,189 | Restatement | $37.2 |
| 45 | FAF | First American Corp. | $3,629 | Restatement | $35.7 |
| 46 | SCMR | Sycamore Networks Inc. | $1,215 | Restatement | $33.7 |
| 47 | VRX | Valeant Pharmaceuticals International | $1,814 | Restatement | $31.1 |
| 48 | FFIV | F5 Networks Inc. | $2,114 | Restatement | $30.0 |
| 49 | HCC | HCC Insurance Holdings Inc. | $3,482 | Restatement | $30.0 |
| 50 | PRGS | Progress Software Corp. | $930 | Restatement | $29.0 |
| 51 | PDX | Pediatrix Medical Group Inc. | $2,096 | Restatement | $28.0 |
| 52 | MOLX | Molex Inc. | $5,949 | Restatement | $25.1 |
| 53 | PLCE | Children's Place Retail Stores Inc. | $1,655 | Restatement | $24.0 |
| 54 | EMKR | EMCORE Corp. | $270 | Restatement | $24.0 |
| 55 | CRUS | Cirrus Logic Inc. | $612 | Restatement | $23.0 |
| 56 | AFFX | Affymetrix Inc. | $1,452 | Restatement | $21.5 |
| 57 | SGR | Shaw Group Inc. | $1,904 | Restatement | $21.3 |
| 58 | ASYT | Asyst Technologies Inc. | $303 | Restatement | $20.8 |
| 59 | KOSP | Kos Pharmaceuticals Inc. | $1,985 | Restatement | $20.4 |
| 60 | SFNT | SafeNet Inc. | $462 | Restatement | $20.0 |
| 61 | VRNT | Verint Systems Inc. | $1,083 | Restatement | $20.0 |
| 62 | FLSH | M-Systems Flash Disk Pioneers Ltd. | $1,058 | Restatement | $18.8 |
| 63 | CYBX | Cyberonics Inc. | $545 | Restatement | $18.4 |
| 64 | CEC | CEC Entertainment Inc. | $931 | Restatement | $18.1 |
| 65 | SHRP | Sharper Image Corp. | $137 | Restatement | $17.7 |
| 66 | KEGS | Key Energy Services Inc. | $1,957 | Restatement | $17.0 |
| 67 | TSAI | Transaction Systems Architects Inc. | $1,250 | Restatement | $17.0 |
| 68 | IBAS | iBasis Inc. | $281 | Restatement | $15.0 |
| 69 | THQI | THQ Inc. | $1,533 | Restatement | $14.4 |
| 70 | ORB | Orbital Sciences Corp. | $1,080 | Restatement | $14.3 |

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit
27



YELLOW CARD
TREND ALERT

Companies that have quantified the amounts of previously unrecognized expenses related to misdated stock options (continued)

| | Ticker | Company | Market value ($millions) | Restatement/Charge | Pre-tax compensation expense ($millions) |
|---|---|---|---|---|---|
| 71 | FLIR | Flir Systems Inc. | $2,119 | Restatement | $14.0 |
| 72 | ZRAN | Zoran Corp. | $1,103 | Restatement | $13.5 |
| 73 | DRIV | Digital River Inc. | $2,234 | Restatement | $11.9 |
| 74 | BCGI | Boston Communications Group Inc. | $72 | Restatement | $11.5 |
| 75 | NR | Newpark Resources Inc. | $507 | Restatement | $10.6 |
| 76 | ALKS | Alkermes Inc. | $1,636 | Restatement | $9.7 |
| 77 | WITS | Witness Systems Inc. | $506 | Restatement | $9.7 |
| 78 | TUNE | Microtune Inc. | $276 | Restatement | $9.1 |
| 79 | CHRD | Chordiant Software Inc. | $206 | Restatement | $8.0 |
| 80 | CAKE | Cheesecake Factory Inc. | $1,851 | Restatement | $8.0 |
| 81 | WTSLA | Wet Seal Inc. | $477 | Restatement | $7.1 |
| 82 | LNY | Landry's Restaurants Inc. | $630 | Restatement | $7.0 |
| 83 | SRTI | Sunrise Telecom Inc. | $121 | Restatement | $6.0 |
| 84 | BID | Sotheby's | $2,486 | Restatement | $6.0 |
| 85 | SVN | Sun-Times Media Group Inc. | $459 | Restatement | $5.6 |
| 86 | MEAD | Meade Instruments Corp. | $57 | Restatement | $3.8 |
| 87 | PLUS | ePlus Inc. | $92 | Restatement | $3.0 |
| 88 | JCOM | j2 Global Communications Inc. | $1,163 | Restatement | $3.0 |
| 89 | MLS | Mills Corp. | $839 | Restatement | $2.9 |
| 90 | APSG | Applied Signal Technology Inc. | $170 | Restatement | $2.8 |
| 91 | ACPW | Active Power Inc. | $130 | Restatement | $2.3 |
| 92 | PEET | Peet's Coffee & Tea Inc. | $365 | Restatement | $1.7 |
| 93 | ATCO | American Technology Corp. | $128 | Restatement | $1.4 |
| 94 | GEMS | Glenayre Technologies Inc. | $158 | Restatement | $1.3 |
| 95 | OMCL | Omnicell Inc. | $406 | Restatement | $1.2 |
| 96 | RGBI | ReGen Biologics Inc. | $24 | Restatement | $1.2 |
| 97 | DITC | Ditech Networks Corp. | $234 | Restatement | $1.0 |
| 98 | SKNN | Skins Inc. | $40 | Restatement | $0.7 |
| 99 | GNSM | Gensym Corp. | $7 | Restatement | $0.3 |
| 100 | CETV | Central European Media Enterprises Ltd. | $3,014 | Restatement | $0.2 |
| 101 | TGIS | Thomas Group Inc. | $152 | Restatement | $0.2 |
| 102 | KNBS | Knobias Inc. | $4 | Restatement | $0.1 |
| 103 | SYVT | Sysview Technology Inc. | $30 | Restatement | -$1.1 |
| 104 | HD | Home Depot Inc. | $78,286 | Charge | $200.0 |
| 105 | RBAK | Redback Networks Inc. | $1,268 | Charge | $113.0 |
| 106 | CCI | Crown Castle International Corp. | $7,320 | Charge | $83.8 |
| 107 | BBBY | Bed Bath & Beyond Inc. | $10,499 | Charge | $74.0 |
| 108 | NBR | Nabors Industries Ltd. | $8,454 | Charge | $51.6 |
| 109 | IPG | Interpublic Group of Cos. | $4,937 | Charge | $40.6 |
| 110 | LLL | L-3 Communications Holdings Inc. | $9,066 | Charge | $39.2 |
| 111 | ADBE | Adobe Systems Inc. | $21,654 | Charge | $36.3 |
| 112 | MIK | Michaels Stores Inc. | $5,113 | Charge | $36.0 |
| 113 | CLX | Clorox Co. | $9,031 | Charge | $25.0 |
| 114 | WDC | Western Digital Corp. | $3,702 | Charge | $21.0 |
| 115 | MAT | Mattel Inc. | $8,073 | Charge | $19.3 |
| 116 | SPLS | Staples Inc. | $18,698 | Charge | $10.8 |
| 117 | FDO | Family Dollar Stores Inc. | $4,373 | Charge | $10.5 |
| 118 | XMSR | XM Satellite Radio Holdings Inc. | $3,658 | Charge | $10.4 |
| 119 | COCO | Corinthian Colleges Inc. | $1,170 | Charge | $10.1 |
| 120 | SBAC | SBA Communications Corp. | $2,878 | Charge | $8.4 |
| 121 | WIND | Wind River Systems Inc. | $873 | Charge | $8.0 |
| 122 | SPSS | SPSS Inc. | $515 | Charge | $5.3 |
| 123 | DY | Dycom Industries Inc. | $831 | Charge | $5.1 |
| 124 | GPS | Gap Inc. | $13,965 | Charge | $5.0 |
| 125 | CYMI | Cymer Inc. | $1,548 | Charge | $4.2 |
| 126 | MDCA | MDC Partners Inc. | $208 | Charge | $3.8 |
| 127 | KG | King Pharmaceuticals Inc. | $3,938 | Charge | $3.6 |
| 128 | CRDN | Ceradyne Inc. | $1,236 | Charge | $3.4 |
| 129 | TTEK | Tetra Tech Inc. | $947 | Charge | $3.2 |
| 130 | COST | Costco Wholesale Corp. | $24,917 | Charge | $3.1 |
| 131 | NABI | Nabi Biopharmaceuticals | $400 | Charge | $2.6 |
| 132 | PMTC | Parametric Technology Corp. | $1,597 | Charge | $2.3 |
| 133 | XLNX | Xilinx Inc. | $7,846 | Charge | $2.2 |
| 134 | NDN | 99 Cents Only Stores | $811 | Charge | $2.2 |
| 135 | EAGL | EGL Inc. | $1,457 | Charge | $2.1 |
| 136 | COGN | Cognos Inc. | $3,794 | Charge | $1.5 |
| 137 | DSGX | DesCartes Systems Group Inc. | $195 | Charge | $1.5 |
| 138 | SNSA | Stolt-Nielsen S.A. | $1,677 | Charge | $1.2 |

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit 28



YELLOW CARD
TREND ALERT

Companies that have quantified the amounts of previously unrecognized expenses related to misdated stock options (continued)

| | Ticker | Company | Market value (in millions) | Restatements / charges | Pre-tax compensation expense (in millions) |
|---|---|---|---|---|---|
| 139 | ZL | Zarlink Semiconductor Inc. | $262 | Charge | $1.2 |
| 140 | GWR | Genesee & Wyoming Inc. | $1,144 | Charge | $1.2 |
| 141 | CBRX | Columbia Laboratories Inc. | $221 | Charge | $1.0 |
| 142 | QUIK | QuickLogic Corp. | $116 | Charge | $1.0 |
| 143 | CORI | Corillian Corp. | $226 | Charge | $1.0 |
| 144 | TWTI | Third Wave Technologies Inc. | $171 | Charge | $0.9 |
| 145 | VSAT | ViaSat Inc. | $729 | Charge | $0.8 |
| 146 | BORL | Borland Software Corp. | $394 | Charge | $0.8 |
| 147 | MOBE | Mobility Electronics Inc. | $112 | Charge | $0.7 |
| 148 | HILL | Dot Hill Systems Corp. | $145 | Charge | $0.6 |
| 149 | RSTO | Restoration Hardware Inc. | $233 | Charge | $0.6 |
| 150 | KERX | Keryx Biopharmaceuticals Inc. | $448 | Charge | $0.6 |
| 151 | MFLO | Moldflow Corp. | $129 | Charge | $0.5 |
| 152 | DF | Dean Foods Co. | $5,660 | Charge | $0.5 |
| 153 | TESOF | Tesco Corp. | $841 | Charge | $0.5 |
| 154 | EQIX | Equinix Inc. | $1,496 | Charge | $0.4 |
| 155 | GBBK | Greater Bay Bancorp | $1,476 | Charge | $0.4 |
| 156 | AVNR | Avanir Pharmaceuticals | $85 | Charge | $0.3 |
| 157 | GSIG | GSI Group Inc. | $386 | Charge | $0.3 |
| 158 | INSU | Insituform Technologies Inc. | $636 | Charge | $0.2 |
| 159 | INAP | InterNAP Network Services Corp. | $616 | Charge | $0.2 |
| 160 | ECHO | Electronic Clearing House Inc. | $102 | Charge | $0.2 |
| 161 | BEBE | bebe Stores Inc. | $2,102 | Charge | $0.2 |
| 162 | CFNL | Cardinal Financial Corp. | $242 | Charge | $0.2 |
| 163 | SIMG | Silicon Image Inc. | $987 | Charge | $0.1 |
| | | **Previously unrecognized compensation expense – grand total** | | | **$12,333.8** |

***Disclosure Information***
*This report is not a solicitation to purchase or sell securities mentioned in this report. Glass, Lewis & Co., LLC is not a broker dealer and does not make a market or hold positions in the equity, debt or derivative securities of any of the companies mentioned in this report. Glass Lewis does not seek to provide investment banking services to any of the companies mentioned in this report. The author of this report does not hold any positions in the equity, debt or derivative securities of the companies featured in this report. This report is based on publicly disclosed information, and Glass Lewis has made every effort to ensure its reliability; however, Glass Lewis can make no guarantee or warranty that this information is accurate or complete. This report may not be reprinted without the consent of Glass Lewis.*

Copyright 2007, Glass, Lewis & Co., LLC

Exhibit
29