RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
MATTHEW E. SLOAN (Bar No. 165165)
masloan@skadden.com
MATTHEW D. UMHOFER (Bar No. 206607)
mumhofer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant William J. Ruehle

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY T. NICHOLAS III AND WILLIAM J. RUEHLE,<br><br>Defendants. | CASE NO. SACR 08-139-CJC<br><br>**[PROPOSED] ORDER GRANTING WILLIAM J. RUEHLE'S MOTION TO DISMISS INDICTMENT BASED ON PROSECUTORIAL MISCONDUCT**<br><br>Judge: The Honorable Cormac J. Carney<br><br>Hearing Date: December 8, 2008<br>Hearing Time: 9 a.m. |

**[PROPOSED] ORDER GRANTING WILLIAM J. RUEHLE'S MOTION TO DISMISS INDICTMENT BASED ON PROSECUTORIAL MISCONDUCT; No. SACR 08-139-CJC**

1  The Court, having considered the Motion of William J. Ruehle to Dismiss the
2  Indictment Based On Prosecutorial Misconduct, and for good cause shown therein, it
3
4  is hereby ORDERED that the motion is GRANTED and the indictment is hereby
5  DISMISSED WITH PREJUDICE.
6
7
8  DATED: December __, 2008          By:_____
                                          HONORABLE CORMAC J. CARNEY
9                                         United States District Court Judge
10
11 Respectfully submitted,
12 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
13
14 By:_____/s/ Richard Marmaro_____
         Richard Marmaro
15   Attorneys for Defendant William J. Ruehle
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING WILLIAM J. RUEHLE'S MOTION TO DISMISS INDICTMENT BASED ON PROSECUTORIAL MISCONDUCT; No. SACR 08-139-CJC**

1

PROOF OF SERVICE

I hereby certify, that I caused the foregoing to be filed with the Clerk of the Court by using the ECF system which sent notification of the filing to the following:

    Brendan V. Sullivan Jr.
    WILLIAMS & CONNOLLY LLP
    725 Twelfth St., N.W., Washington, D.C. 20005

    Robb C. Adkins
    UNITED STATES ATTORNEY'S OFFICE
    411 W. Fourth St, 8th Flr, Santa Ana, CA  92701


By:     /s/ Richard Marmaro
        RICHARD MARMARO