## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SACR 08-00139-CJC | Date | October 29, 2008 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Michelle Urie | Not Reported | Robb C. Adkins - Not Present<br>Gregory W. Staples - Not Present<br>Andrew D. Stolper - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Henry T. Nicholas, III | Not | | X | James D. Riddet | Not | | X |
| William J. Ruehle | Not | | X | Barry S. Simon | Not | | X |
| | | | | Richard Marmaro | Not | | X |

Proceedings: **(IN CHAMBERS) ORDER DENYING DEFENDANT HENRY T. NICHOLAS' MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR FURTHER EVIDENTIARY HEARING REGARDING ASSISTANT U.S. ATTORNEY ANDREW STOLPER'S POTENTIAL CONFLICT OF INTEREST [filed 10/10/08].**

Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* LOCAL RULE 7-15; LOCAL CRIMINAL RULE 57-1. Accordingly, the hearing set for Monday, November 10, 2008 at 11:00 a.m. is hereby vacated and off calendar.

Dr. Nicholas' motion for reconsideration of the Court's order denying a further evidentiary hearing regarding Assistant U.S. Attorney Andrew Stolper's potential conflict of interest is DENIED. The government has shown that neither Mr. Stolper nor his wife obtained confidential information relating to the matters charged in the two criminal indictments during the course of their employment at Irell & Manella LLP.

law

| | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | mu | |

cc: