

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

**TERRY NAFISI**
District Court Executive and
Clerk of Court

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

### RECORD TRANSMITTAL FORM

Date: _____

To:    **U.S. Court of Appeals**          **Attention:**    ☐    Civil
       **for the Ninth Circuit**                            ☐    Criminal
       Office of the Clerk                                  ☐    Docketing
       95 Seventh Street                                    ☐    Records Unit
       San Francisco, California 94103

From:  **U.S. District Court**
       **Central District of California**
       312 North Spring Street, Room G-8
       Los Angeles, California 90012

D C No. _____    Appeals No. _____

Short Title _____

### Composition of Record

Clerk's files in _____ volumes    ☐ original    ☐ certified copy
Bulky docs. in _____ volumes *(folders)*    Docket No. _____
Reporter's Transcripts in _____ volumes    ☐ original    ☐ certified copy
Exhibits:   in _____    ☐ envelopes    ☐ under seal
            in _____    ☐ boxes    ☐ under seal
Other:

*Note: Please note any document filed under seal are listed on Form A-22.*

By _____
                                        Deputy Clerk

Acknowledgment: _____    Date: _____

A-26 (09/08)

**APPEALS TRANSMITTAL LETTER**
ORIGINAL FILE(S)