RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
MATTHEW E. SLOAN (Bar No. 165165)
masloan@skadden.com
MATTHEW DONALD UMHOFER (Bar No. 206607)
mumhofer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Tel:  (213) 687-5000
Fax:  (213) 687-5600

Attorneys for Defendant William J. Ruehle

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. SA CR 08-00139 CJC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT |
| HENRY T. NICHOLAS, III, et al., | |
| Defendants. | |

1    UPON CONSIDERATION of William J. Ruehle's *ex parte* Application for

2  Leave to File Brief in Excess of Page Limit, the accompanying Memorandum of

3  Points and Authorities, and declaration of counsel, and it appearing to the Court that

4  this Application should be GRANTED,

5    IT IS HEREBY ORDERED that Mr. Ruehle's Motion *in Limine* to Exclude

6  Broadcom's Restatement is accepted as submitted.

7    IT IS SO ORDERED.

8

9

10  September 1, 2009        _____
    DATE
11                          THE HONORABLE CORMAC J. CARNEY
                            UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28