RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
MATTHEW E. SLOAN (Bar No. 165165)
masloan@skadden.com
MATTHEW DONALD UMHOFER (Bar No. 206607)
mumhofer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant William J. Ruehle

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. RUEHLE,<br><br>Defendant. | CASE NO. SACR 08-139-CJC<br><br>**[PROPOSED] ORDER GRANTING WILLIAM J. RUEHLE'S MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 29**<br><br>Judge: The Honorable Cormac J. Carney<br>Trial Date: October 20, 2009<br><br>Hearing Date: December 15, 2009<br>Hearing Time: 9:00 a.m. |

1  The Court, having considered William J. Ruehle's Motion for Judgment of
2  Acquittal Pursuant to Federal Rule of Criminal Procedure 29 and accompanying
3  memorandum, the declaration in support thereof, and any papers filed in opposition
4  thereto, as well as the files in this case and any oral argument presented, and for
5  good cause shown therein, it is hereby ORDERED that the Motion for Judgment of
6  Acquittal Pursuant to Federal Rule of Criminal Procedure 29 is GRANTED and the
7  indictment is hereby DISMISSED WITH PREJUDICE.

DATED: December __, 2009        By: _____
                                    HONORABLE CORMAC J. CARNEY
                                      United States District Court Judge

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  _____/s/ Richard Marmaro_____
              RICHARD MARMARO
              Attorneys for Defendant
              William J. Ruehle

---

**PROPOSED ORDER GRANTING WILLIAM J. RUEHLE'S MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO RULES 29; No. SACR 08-139-CJC**

1

<u>PROOF SERVICE</u>

I hereby certify that I caused the foregoing to be filed with the Clerk of the Court by using the ECF system which sent notification of the filing to the following:

Brendan V. Sullivan, Jr.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

James D. Riddet
STOKKE & RIDDET
3 MacArthur Place, Suite 750
Santa Ana, CA 92707

Robb C. Adkins
UNITED STATES ATTORNEY'S OFFICE
411 W. Fourth St., 8th Flr.
Santa Ana, CA 92701

By: /s/ Richard Marmaro
RICHARD MARMARO